UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP, III & GEORGE J. NEWTON, III,<br><br>        Plainitffs,<br><br>VERSUS<br><br>NORTHERN BANK LTD. & PRICEWATERHOUSECOOPERS, LLP,<br><br>        Defendants. | CIVIL ACTION NO. 12-CV-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDING PETITION

Considering the motion of defendant PricewaterhouseCoopers International Limited for an extension of time to respond to the First Amending Petition (Doc. No. 12):

IT IS ORDERED that said motion is GRANTED, and PricewaterhouseCoopers International Limited is hereby granted an extension of time until and including Friday, November 30, 2012, to respond to the First Amending Petition (Doc. No. 12).

New Orleans, Louisiana, this 8th day of November, 2012.

_____
United States District Judge