UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BURRUS MORTGAGE PORTFOLIO                       CIVIL ACTION
PARTNERSHIP, III, A LOUISIANA
PARTNERSHIP IN COMMENDAM, ET. AL.

VERSUS                                          NUMBER: 12-1445

NORTHERN BANK LIMITED, ET. AL.                  SECTION: "N"(5)


ORDER ON MOTION
November 9, 2012

MOTION:

(1) Plaintiffs' Motion to Expedite Hearing on Motion to Shorten Time to Respond to Discovery (Rec. doc. 69)

ORDERED

___1___: Granted. Plaintiffs' Motion to Shorten Time to Respond to Discovery (Rec. doc. 68) will be heard via telephone on November 13, 2012 at 11:00 a.m.


ALMA L. CHASEZ
United States Magistrate Judge