UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III <br> Plaintiffs | * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * <br> * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP <br> Defendants. | * <br> * <br> * <br> * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * *************************

**O R D E R**

Considering the foregoing Unopposed Motion to Continue Submission Date on Motion to Disqualify Counsel (the "Motion to Continue") filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III ("Plaintiffs");

**IT IS ORDERED** that the foregoing Motion to Continue be and the same is hereby **GRANTED,** and the submission date on Plaintiffs' Motion to Disqualify Counsel (Rec. Doc. 45) is hereby continued until November 28, 2012, at 9:30 a.m.

New Orleans, Louisiana, this _13th_ day of November, 2012.

_____
**JUDGE KURT D. ENGELHARDT**