```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**BURRIS MORTGAGE PORTFOLIO**            **CIVIL ACTION**
**PARTNERSHIP, III, ET AL.**

**VERSUS**            **NUMBER: 12-1445**

**NORTHERN BANK LIMITED, ET AL.**            **SECTION: "N"(5)**

<u>ORDER ON MOTION</u>
<u>NOVEMBER 13, 2012</u>

MOTION:

(1) Plaintiffs' Motion to Shorten Time to Respond to Discovery (Rec. doc. 68).

<u>ORDERED</u>

  <u>  1  </u>: Dismissed as moot.

                                               ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE