UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM AND GEORGE NEWTON, III<br>　　　　Plaintiffs,<br>versus<br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP<br>　　　　Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion for Admission of David M. Fine, Esq. *Pro Hac Vice*;

**IT IS ORDERED** that David M. Fine of the law firm King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036, be and is hereby admitted *pro hac vice* as additional counsel for Defendant PricewaterhouseCoopers LLP, a Delaware limited liability partnership, in the above referenced matter.

New Orleans, Louisiana, this  13th  day of       November      , 2012.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

{N2546553.1}