UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BURRUS MORTGAGE PORTFOLIO
PARTNERSHIP, III & GEORGE J.
NEWTON, III,

                  Plainitffs,

VERSUS

NORTHERN BANK LTD. &
PRICEWATERHOUSECOOPERS, LLP,

                  Defendants.

CIVIL ACTION NO. 12-CV-1445

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

Considering the Motion for Pro Hac Vice Admission of Thomas G. Rafferty by

PricewaterhouseCoopers International Limited:

IT IS ORDERED that Thomas G. Rafferty of the law firm Cravath, Swaine & Moore

LLP, is hereby admitted pro hac vice as additional counsel for defendant

PricewaterhouseCoopers International Limited in the above-captioned matter.

New Orleans, Louisiana on this   15th   day of November, 2012.

_____
United States District Judge

-1-