UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP, III & GEORGE J. NEWTON, III,<br><br>        Plainitffs,<br><br>VERSUS<br><br>NORTHERN BANK LTD. & PRICEWATERHOUSECOOPERS, LLP,<br><br>        Defendants. | CIVIL ACTION NO. 12-CV-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

Considering the Motion for Pro Hac Vice Admission of Antony L. Ryan by PricewaterhouseCoopers International Limited:

IT IS ORDERED that Antony L. Ryan of the law firm Cravath, Swaine & Moore LLP, is hereby admitted pro hac vice as additional counsel for defendant PricewaterhouseCoopers International Limited in the above-captioned matter.

New Orleans, Louisiana on this __15th__ day of November, 2012.

_____
United States District Judge