UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM AND GEORGE NEWTON, III<br>　　　　Plaintiffs,<br><br>versus<br><br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP<br>　　　　Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the Consent Motion for Entry of Stipulated Protective Order;

**IT IS ORDERED** that the Consent Motion for Entry of Stipulated Protective Order is **GRANTED** and that the Stipulated Protective Order submitted herein in connection with said Motion, be and is hereby executed and entered, and discovery shall proceed in accordance with the terms of the Stipulated Protective Order.

New Orleans, Louisiana, this  15th  day of November 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

{N2547607.1}