UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM AND GEORGE NEWTON, III<br>　　　　Plaintiffs,<br><br>versus<br><br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP<br>　　　　Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER

Having considered the Consent Motion for Partial Stay of Magistrate's Order and for Expedited Hearing and finding good cause;

**IT IS ORDERED** that the Consent Motion for Partial Stay of Magistrate's Order and for Expedited Hearing filed by Defendant PricewaterhouseCoopers LLP ("PwC US") is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Magistrate's Order (R. Doc. 62) is stayed with respect to requiring PwC US to produce a Rule 30(b)(6) representative(s) on fourteen deposition topics and to answer written discovery and produce documents that correspond to those topics until such time as the Court renders a decision on the Partial Objection to Magistrate's Order (R. Doc 65).

**IT IS FURTHER ORDERED** that the Partial Objection to Magistrate's Order (R. Doc. 65) is set for submission to the Honorable Judge Kurt Engelhardt on November 28, 2012 without oral argument. Opposition memoranda are due November 26, 2012. A reply, if needed, shall be filed no later than November 28, 2012.

{N2543648.1}

**IT IS FURTHER ORDERED** that the submission date for the Motion to Remand (Rec. Doc. 13), filed by plaintiffs, presently set for November 28, 2012, is hereby CONTINUED to January 23, 2013.

New Orleans, Louisiana, this  19th  day of  November , 2012.

_____
DISTRICT COURT JUDGE

{N2543648.1}

2