UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP, III & GEORGE J. NEWTON, III,<br><br>        Plainitffs,<br><br>VERSUS<br><br>NORTHERN BANK LTD. & PRICEWATERHOUSECOOPERS, LLP,<br><br>        Defendants. | CIVIL ACTION NO. 12-CV-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDING PETITION

Considering the motion of defendant PricewaterhouseCoopers International Limited for an extension of time to respond to the First Amending Petition (Doc. No. 12):

IT IS ORDERED that said motion is GRANTED;

IT IS FURTHER ORDERED that defendant PricewaterhouseCoopers International Limited is granted an extension of time until and including December 28, 2012, to respond to the plaintiffs' First Amending Petition (Doc. No. 12).

New Orleans, Louisiana this 27th day of November, 2012.

                                                                                       _____
                                                                                        United States District Judge