UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III | * * * * | CIVIL ACTION NO.  12-CV-1445 SECTION "N"(5) |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that PricewaterhouseCoopers LLP, an English limited liability partnership registered in England (registered number OC303525) ("PwC UK") be and hereby is granted a thirty day extension of time up to and including December 28, 2012, within which to answer or otherwise respond to Burrus Mortgage Portfolio Partnership III and George J. Newton, III's ("Plaintiffs") First Amending Petition.

New Orleans, Louisiana, this  27th  day of November, 2012.

_____
United States District Judge