UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM AND GEORGE NEWTON, III<br>　　　　Plaintiffs,<br><br>versus<br><br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP<br>　　　　Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br><br>JUDGE ENGELHARDT<br><br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the Ex Parte Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Disqualify Counsel ("Motion"), filed on behalf of Defendant PricewaterhouseCoopers LLP ("PwC US");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and PwC US is given leave to file the proposed Supplemental Memorandum in Opposition to Plaintiffs' Motion to Disqualify Counsel, which was attached to the Motion.

New Orleans, Louisiana, this 27th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

{N2551726.1}