UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br>Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP<br>Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * *   * * * * * * * *   * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL

Plaintiffs, Burrus Mortgage Portfolio Partnership III ("BMPP3") and George J. Newton, III ("Mr. Newton") (collectively, "Plaintiffs"), respectfully move this Court to compel meaningful responses from Defendant, Northern Bank Limited ("NBL"), to the discovery served upon NBL. The discovery is relevant to the issues raised in the motion to dismiss for lack of personal jurisdiction filed by NBL, and thus NBL is required to provide complete, substantive answers and responses to Plaintiffs' discovery. For the reasons expressed fully in the accompanying Memorandum in Support, Plaintiffs' motion to compel should be granted.

Respectfully submitted,

/s/Martha Y. Curtis
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
    KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100

      Facsimile: (504) 299-2300
      **ATTORNEYS FOR PLAINTIFFS**
      **BURRUS MORTGAGE PORTOFOLIO**
      **PARTNERSHIP III AND GEORGE J. NEWTON III**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 4th day of December, 2012.

      */s/Martha Y. Curtis*
      **MARTHA Y. CURTIS**