UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO. 12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
|     Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 37 CERTIFICATE**

    We certify that prior to the filing of Plaintiffs' motion to compel, we communicated with counsel for Northern Bank Limited ("NBL"), Monique M. Lafontaine, at which time counsel for NBL objected to Plaintiffs' motion to compel.

           Respectfully submitted,

           */s/Martha Y. Curtis*
           JAMES M. GARNER, #19589
           MARTHA Y. CURTIS, #20446, T.A.
           MATTHEW C. CLARK #31102
           **SHER GARNER CAHILL RICHTER**
                **KLEIN & HILBERT, L.L.C.**
           909 Poydras Street, Suite 2800
           New Orleans, Louisiana 70112
           Telephone: (504) 299-2100
           Facsimile:  (504) 299-2300
           **ATTORNEYS FOR PLAINTIFFS**
           **BURRUS MORTGAGE PORTOFOLIO**
           **PARTNERSHIP III AND GEORGE J. NEWTON III**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 4th day of December, 2012.


*/s/Martha Y. Curtis*
**MARTHA Y. CURTIS**