**Clayton, Joshua**

| | |
|---|---|
| **From:** | Lafontaine, Monique [mlafonta@lockelord.com] |
| **Sent:** | Monday, December 03, 2012 10:26 AM |
| **To:** | Curtis, Martha |
| **Cc:** | Clayton, Joshua |
| **Subject:** | RE: George Newton/Northern Bank Settlement Offer/Discovery |

Martha,

I spoke to Northern Bank Limited regarding settlement, and expect to be able to send a response to you by tomorrow.

As for the documents, I misspoke in my email below. We will produce redacted communications with the five accountholders for the past five years and the communications with George Newton. <u>I expect to have these documents tomorrow, and be able to produce them to you on Wednesday.</u>

Monique

Monique M. Lafontaine
Partner
Locke Lord LLP
601 Poydras Street
Suite 2660
New Orleans, Louisiana 70130
504-558-5133 Direct Phone
504-681-5223 Direct Fax
mlafontaine@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

---

**From:** Curtis, Martha [mailto:MCurtis@SHERGARNER.com]
**Sent:** Monday, December 03, 2012 10:22 AM
**To:** Lafontaine, Monique
**Cc:** Clayton, Joshua
**Subject:** RE: George Newton/Northern Bank Settlement Offer/Discovery

Monique:

Did you talk to Northern Bank about settlement?

As to the discovery, I thought we had agreed for 5 years as to the information as to the Louisiana accountholders (see my email below) rather than 3 years as indicated below in your email.

When are you producing the information you have agreed to produce as to Mr. Newton and the Louisiana accountholders? As we discussed, we are filing a Motion to Compel as to the other item as to theme parks, but would like to include in the Motion a reference to the agreement as to the date of production as to what we have agreed.

1

Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA  70112
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

---

**From:** Lafontaine, Monique [mailto:mlafonta@lockelord.com]
**Sent:** Thursday, November 29, 2012 1:15 PM
**To:** Curtis, Martha
**Cc:** Lafontaine, Monique
**Subject:** RE: George Newton/Northern Bank Settlement Offer

Martha,

I received your email below, and forwarded the same to Northern Bank Limited ("NBL"). I hope to speak to them tomorrow morning.

In the meantime, to follow up on our conversation from yesterday regarding the discovery issues, I can advise that NBL will produce its communications with Mr. Newton, and will produce its communications with the five accountholders for the past three years. However, as we discussed, confidential information in those communications will be redacted including their names, street addresses, account numbers, and financial transactions. Otherwise, with respect to the communications with "theme parks," et cetera, in Florida and elsewhere, NBL will not produce those documents.

Regards,

Monique

Monique M. Lafontaine
Partner
Locke Lord LLP
601 Poydras Street
Suite 2660
New Orleans, Louisiana 70130
504-558-5133 Direct Phone
504-681-5223 Direct Fax
mlafontaine@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

---

**From:** Curtis, Martha [mailto:MCurtis@SHERGARNER.com]
**Sent:** Thursday, November 29, 2012 11:29 AM
**To:** Lafontaine, Monique
**Subject:** RE: George Newton/Northern Bank Settlement Offer

Dear Monique: