UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III       Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP       Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * ***************************

## ORDER

Considering the foregoing Motion to Compel filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III;

**IT IS HEREBY ORDERED** that the Motion to Compel is **GRANTED**.  Defendant, Northern Bank Limited, shall provide answers and responses to Plaintiffs' discovery as requested in Plaintiffs' Motion to Compel, no later than the _____ day of _____, 2012.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**MAGISTRATE JUDGE ALMA L. CHASEZ**