```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**BURRUS MORTGAGE PORTFOLIO**                            **CIVIL ACTION**
**PARTNERSHIP III,**
**A LOUISIANA PARTNERSHIP**
**IN COMMENDAM, ET AL.**

**VERSUS**                                               **NUMBER: 12-1445**

**NORTHERN BANK LIMITED, ET AL.**                        **SECTION: "N"(5)**

<u>**ORDER SETTING ORAL ARGUMENT**</u>
<u>**VIA TELEPHONE**</u>

Oral argument on plaintiffs' motion to compel (rec. doc. 102) will be conducted telephonically on December 19, 2012 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 7th day of December, 2012.

                                        ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE