UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM, and GEORGE J. NEWTON, III**<br><br>Plaintiffs,<br><br>VERSUS<br><br>**NORTHERN BANK LIMITED and PRICEWATERHOUSECOOPERS LLP**<br><br>Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## DEFENDANT, NORTHERN BANK LIMITED'S, RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION REGARDING PERSONAL JURISDICTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Northern Bank Limited ("NBL"), to respond to the Requests for Production of Documents Regarding Personal Jurisdiction ("Requests for Production") propounded by Plaintiffs, Burrus Mortgage Portfolio Partnership III, A Louisiana Partnership in Commendam ("Burrus") and George J. Newton, III ("Newton") (collectively referred to herein as "Plaintiffs") as follows:

### GENERAL OBJECTIONS

NBL responds to the Requests for Production subject to the following General Objections, each of which it incorporates into each Response as though set forth fully therein in addition to the specific objections set forth therein. Further, NBL does not waive any of the following objections by responding to the Requests for Production.

1

1. NBL objects to the Requests for Production on the grounds that it has challenged the personal jurisdiction of the Court and is not yet subject to the personal jurisdiction of the Court. Thus, NBL objects to the Requests for Production to the extent that they do not address personal jurisdiction issues.

2. NBL objects to the Requests for Production to the extent that they seek the production of documents not kept in its normal course of business and/or which are not part of its corporate business records.

3. NBL objects to the Requests for Production to the extent that they are vague, overbroad, and/or unduly burdensome.

4. NBL plc objects to the Requests for Production to the extent that they are unlimited or overbroad with respect to the period of time for which they seek documents.

5. NBL objects to the Requests for Production to the extent that they are premature.

6. NBL objects to producing any documents that are already in the Plaintiffs' possession, or is equally available to the Plaintiffs, whether in the public records or otherwise.

7. NBL objects to the Requests for Production to the extent that they are duplicative.

8. NBL objects to the Requests for Production to the extent that they seek documents protected by the attorney-client, work-product, consulting expert, or any other applicable privilege.

9. NBL objects to the Requests for Production to the extent that they seek documents that are confidential and privileged without the benefit of a confidentiality agreement and protective order.

NO:0103988/00001:159535v1

10. NBL objects to the Requests for Production to the extent that they seek documents that are not reasonably calculated to lead to the discovery of admissible evidence, or are otherwise beyond the scope of permissible discovery.

11. NBL reserves the right to amend and supplement its Responses on the grounds that discovery is ongoing.

12. NBL responds to the Requests for Production with documents known and available to it at this time. NBL will amend and supplement its Responses as additional documents become known and available through the course of written and oral fact and expert discovery.

13. NBL responds to the Requests for Production without conceding the relevancy or admissibility of any information or documents, and specifically reserving its rights to object to admissibility at trial.

Subject to these General Objections, NBL responds to the Requests for Production as follows:

## REQUEST FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1

Please produce all documents Northern Bank Limited referenced or consulted in preparing its responses to Plaintiffs' Interrogatories.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1

NBL objects to Request for Production No. 1 on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence with respect to documents consulted to confirm its lack of contacts with the State of Louisiana. Notwithstanding these objections, and without waiving the same, NBL responds by reference to the documents referenced and produced in its Answer to Interrogatory No. 1.

## REQUEST FOR PRODUCTION NO. 2

Please produce all documents pertaining to all business activities in Louisiana in which Northern Bank Limited has engaged for the period from January 1, 2002 to the present, including without limitation:

- maintaining any office, address, or telephone number in Louisiana;
- maintaining any corporate or business records in Louisiana;
- making any business decisions in Louisiana;
- doing or soliciting any business in Louisiana;
- maintaining or using any place of business in Louisiana;
- maintaining any ATM in Louisiana;
- possessing any license to do business in Louisiana;
- having a registered agent for service of process in Louisiana;
- having any agency or mandatary agreement that would include all or part of Louisiana;
- having any personnel in Louisiana, including, but not limited to, directors or managers;
- paying any taxes in Louisiana;
- maintaining any accounts or customer relations in Louisiana;
- having any contacts with persons or entities in Louisiana; or
- doing any work in any way related to or connected with Louisiana.

(For purposes of this Request, a contact with a person or entity "in Louisiana" includes a contact with a person residing or domiciled in Louisiana, or a contact with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana; and a connection "with Louisiana" includes a connection with a person residing or domiciled in Louisiana, a connection with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana, or a connection to a matter affecting movable (personal) or immovable (real) property in Louisiana.)

## RESPONSE TO REQUEST FOR PRODUCTION NO. 2

NBL objects and responds to Request for Production No. 2 by reference to its Answer to Interrogatory No. 4.

## REQUEST FOR PRODUCTION NO. 3

Please produce all documents evidencing proposals, contracts, agreements, promises, mortgages, loans, or other contractual relationships Northern Bank Limited has negotiated, made, entered into, serviced, or performed that are in any way related to or connected with Louisiana, for the period from January 1, 2002 to the present. Please also include documentation of any consulting relationship, such as, but not limited to, PricewaterhouseCoopers entities or

4

related entities. Please also include documentation of any financial or other contribution Northern Bank Limited has made to persons, entities, or funds in Louisiana. (For purposes of this Interrogatory, this includes any arrangements made, entered into, and/or performed, wholly or partially, in Louisiana or with any person who has resided or has been domiciled in Louisiana, or with any entity which has had its place of incorporation, principal place of business, headquarters, registered office, and/or billing address located in Louisiana; or involving any matter affecting movable (personal) or immovable (real) property in Louisiana.)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

NBL objects and responds to Request for Production No. 3 by reference to its Answer to Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 4**

Please produce all documents evidencing any travel to Louisiana by any person employed or associated with Northern Bank Limited for any negotiations, meetings, trips, sales calls, vendor or supplier visits, conventions, conferences, or other business engagements for the period from January 1, 2002 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

NBL objects and responds to Request for Production No. 4 by reference to its Answer to Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 5**

Please produce all documents evidencing any ownership or other interest in any assets of any kind which have been located in Louisiana and have been in the possession or subject to the control or disposition of or by Northern Bank Limited, including without limitation any financial accounts of any kind, for the period from January 1, 2002 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

NBL objects and responds to Request for Production No. 5 by reference to its Answer to Interrogatory No. 9.

NO:0103988/00001:159535v1

**REQUEST FOR PRODUCTION NO. 6**

Please produce all documents evidencing any and all communications of any kind, whether by letter, electronic mail, or otherwise, between Northern Bank Limited and either or both of the Plaintiffs or Seatem Attraction, Tickets (UK) Limited ("Seatem") or its related entities, related to any loan, capital, credit facility, letter of credit, or other financing made available by Northern Bank Limited to Seatem or its related entities; or related to the negotiation, creation, performance, or enforcement of any guarantee or other contractual relationship entered into between Northern Bank Limited and either or both of the Plaintiffs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

NBL objects and responds to Request for Production No. 6 by reference to its Answer to Interrogatory No. 16.

**REQUEST FOR PRODUCTION NO. 7**

Please produce all documents evidencing any and all communications, whether by letter, electronic mail, telephone, in person, or otherwise, between any officers, directors, agents, employees, or representatives of Northern Bank Limited and either or both of the Plaintiffs; including without limitation David Alexander Tate, Stephen Quinn, Colin Richard Johnston Dundas, Anthony McConnell, John Clive Harper, Ciara Deery, Gerry Mallon, Kevin Kingston, Tony Wilcox, and Vicky Davies.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**

NBL objects and responds to Request for Production No. 7 by reference to its Answer to Interrogatory No. 18.

**REQUEST FOR PRODUCTION NO. 8**

Please produce documents evidencing the relationship between Northern Bank Limited and its parent companies and the relationship between Northern Bank Limited and its affiliates or subsidiary companies, including, but not limited to, Danske Bank Group. Please include in your response, but do not limit you response to: corporate foundational documents, organizational charts or lists and documentation related to annual or other regularly scheduled meetings amongst these entities.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8**

NBL objects and responds to Request for Production No. 8 by reference to its Answer to Interrogatory No. 1.

Respectfully Submitted,

*/s/ Monique Lafontaine*
Monique M. Lafontaine, T.A. (24557)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone (504) 558-5133
Facsimile (504) 681-5223
mlafontaine@lockelord.com

Counsel for Defendant,
Northern Bank Limited

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel for the Plaintiffs and Defendants via email this 26th day of November 2012.

*/s/ Monique Lafontaine*

## NORTHERN BANK LIMITED - STRUCTURE CHART

| Company | Location of H.O. | Business | % Holding | Country of Registration | Reg No |
|---|---|---|---|---|---|
| Causeway Credit Limited | Belfast, N.I. | Dormant | 100 | N.I. | NI 22051 |
| Northern Bank Limited | Belfast, N.I. | Banking and Financial Services | 100 | N.I. | R.568 |
| Northern Bank Executor and Trustee Company Limited | Belfast, N.I. | Executor & Trustee Services | 100 | N.I. | NI 4467 |
| Northern Bank Factors Limited | Belfast, N.I. | Dormant | 100 | N.I. | NI 13062 |
| Northern Bank Financial Services Limited | Belfast, N.I. | Holding Company | 100 | N.I. | NI 7452 |
| Northern Asset Finance Limited | Belfast, N.I. | Dormant | 100 | N.I. | NI 14422 |
| Northern Bank Nominees Limited | Belfast, N.I. | Nominee Company | 100 | N.I. | NI 4468 |
| Northern Bank Pension Trust Limited | Belfast, N.I. | Trustee for Staff Pension Scheme | 100 | N.I. | NI 3155 |

NBL000001



Northern Bank Limited Structure Chart

NBL000002