**Lafontaine, Monique**

| | |
|---|---|
| **From:** | Curtis, Martha <MCurtis@SHERGARNER.com> |
| **Sent:** | Tuesday, December 11, 2012 4:36 PM |
| **To:** | Lafontaine, Monique |
| **Cc:** | Clark, Matthew; Clayton, Joshua |
| **Subject:** | RE: Burrus Mortgage Portfolio Partnership III, et al v. Northern Bank Limited, et al |

Yes as to documents produced.  Can you please also answer the Interrogatory as to anyone who had communication with George Newton which is not reflected in any documents?  Thanks!


Martha Y. Curtis
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA  70112
Direct Dial: (504) 299-2111
Direct Fax: (504) 299-2311

---

**From:** Lafontaine, Monique [mailto:mlafonta@lockelord.com]
**Sent:** Tuesday, December 11, 2012 3:59 PM
**To:** Curtis, Martha
**Cc:** Lafontaine, Monique
**Subject:** Burrus Mortgage Portfolio Partnership III, et al v. Northern Bank Limited, et al

Martha,

I called your office minutes ago and left a message with your assistant.  My Opposition to your Motion to Compel is due today.  I believe NBL satisfied two of three requests at issue by producing its communications with the Plaintiff, George Newton.  As stated in its discovery responses, NBL has no communications with the other Plaintiff, BMPP3, to produce.  That leaves the first set of requests at issue; namely, the ones regarding communications with theme parks, et cetera outside of the State of Louisiana.

If I am correct, I would like to say so in my Opposition, which you can confirm in a Reply, so that Magistrate Chasez's law clerk does not have to prepare for issues that have been resolved.  I will be in the office a while longer.  So, please let me know if you can.

Thanks,

Monique

Monique M. Lafontaine
Partner
Locke Lord LLP
601 Poydras Street
Suite 2660
New Orleans, Louisiana 70130
504-558-5133 Direct Phone

1

504-681-5223 Direct Fax
mlafontaine@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC