UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III | * * * | CIVIL ACTION NO. 12-CV-1445 |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP | * * * | MAGISTRATE CHASEZ |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * ************************

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum (the "Motion for Leave") filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III;

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**. Plaintiffs' Reply Memorandum in Support of Motion to Compel shall be filed into the record in this matter.

New Orleans, Louisiana, this __18th__ day of __December__, 2012.

_____
**MAGISTRATE JUDGE ALMA L. CHASEZ**