**MINUTE ENTRY**
**CHASEZ, M.J.**
**DECEMBER 19, 2012**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURRUS MORTGAGE PORTFOLIO PARTNERSHIP, III A LOUISIANA PARTNERSHIP IN COMMENDAM, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-1445** |
| **NORTHERN BANK LIMITED, ET AL.** | **SECTION: "N"(5)** |

### HEARING ON MOTION

**APPEARANCES:** Martha Cartis, Monique Lafontaine, Michael DePetrillo, Antony Ryan, Steven Usdin, Craig Isenberg

**MOTION:**

(1) Plaintiffs' Motion to Compel (Rec. doc. 102).


__1__ :   Opposition

### ORDERED

__1__ :   Other.  For purposes of the jurisdictional issue to be decided by the District Judge, NBL is to identify all communications within the relevant time period pertaining to financial arrangement between it and the Walt Disney Company in Florida and is to produce all backup documentation supporting those communications.  This is to be accomplished by January 7, 2013.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:25)