UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Civil Action No. 2:12-cv-1445<br><br>Judge Engelhardt<br><br>Magistrate Judge Chasez |

### DECLARATION OF COLM KELLY

I, Colm Kelly, declare the following:

1. I am the Network Operations Leader for PricewaterhouseCoopers International Limited ("PwCIL"). I have held that role since July 2012. I am an Irish citizen, and I reside in Dublin, Ireland.

2. This declaration is being provided in support of defendant PwCIL's motion to dismiss plaintiffs' complaint. The statements and conclusions in this declaration are true to the best of my knowledge and belief and are based on my personal knowledge or on my discussions with others. I have reviewed the complaint in the above-entitled action.

3. In my role as Network Operations Leader for PwCIL, I am familiar with PwCIL's corporate structure and operations and the extent to which PwCIL conducts any business in Louisiana. I am also familiar with the structure of the PwC network and the relationship between the various PwC member firms and PwCIL.

4. In many parts of the world, accounting firms are required by law to be locally owned and independent. In addition, accountants often must be licensed in the jurisdictions in

EXHIBIT 1

which they practice. Therefore, the PwC member firms do not and cannot operate as an international partnership or multinational corporation.

5. The PwC network consists of member firms that are separate legal entities, each organized under the laws of its own jurisdiction. Although each member firm has the right to use the PwC name, the PwC network is not one international partnership.

6. Thus, PricewaterhouseCoopers LLP, a Delaware limited liability partnership ("PwC U.S."), is owned by the partners of PwC U.S., who are licensed to provide professional services in the United States. PricewaterhouseCoopers LLP, a limited liability partnership registered in England ("PwC U.K."), is owned by its own partners, who are not partners of PwC U.S. and are not licensed to provide professional services in the United States.

7. PwCIL is an English private company limited by guarantee. PwCIL is the coordinating entity for the PwC network and is itself a separate legal entity from each of the PwC member firms. PwCIL does not provide professional services and does not supervise the professional services provided by each of the PwC member firms. PwCIL does not control the member firms in the PwC network.

8. PwCIL's purpose is to act as a coordinating entity, developing and implementing initiatives in areas such as strategy, brand, risk and quality. By becoming members of PwCIL, member firms are entitled to use the PwC name and draw on resources from the PwC network. In return, member firms agree to maintain the standards of the PwC network.

9. To assist it in providing coordination services to the PwC member firms, PwCIL draws on partners and employees from the various member firms to carry out its limited coordination functions. For example, separate from my role at PwCIL, I am a partner in the tax services practice of the PricewaterhouseCoopers member firm in Ireland ("PwC Ireland"). I

joined PwC Ireland in 1988, and was admitted as a partner of PwC Ireland in 1997. PwC Ireland has offices in Dublin and six other cities in Ireland, but does not do business in Northern Ireland. I understand that PwC U.K. does business in Northern Ireland, and has offices in Belfast and Dungannon.

10. PwCIL does not maintain and never has maintained an office, place of business, postal address or telephone listing in Louisiana.

11. PwCIL is not and never has been licensed, and never has applied for a license, to do business in Louisiana.

12. PwCIL does not pay and never has paid taxes in Louisiana.

13. PwCIL does not maintain a bank account or own any other personal property in Louisiana.

14. PwCIL does not own, rent or possess any real property in Louisiana.

15. As stated above, PwCIL does not provide services to the clients of PwC member firms. Thus, PwCIL does not provide and never has provided services to Northern Bank Limited ("Northern Bank"). Nor did PwCIL participate or play any role in any services that PwC U.K. may have provided to Northern Bank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21 December 2012.

_____
Colm Kelly

3