UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO. 12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | |
|      Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
|     Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * ***************************

## MOTION TO COMPEL

Plaintiffs, BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III ("BMPP3") and GEORGE J. NEWTON, III ("Mr. Newton") (collectively, "Plaintiffs"), move this Court to compel sufficient discovery responses from Defendant, PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED ("PWC-Int'l"), by ordering it to produce the following information relevant to Plaintiffs' claims in this lawsuit, their single business enterprise theory of recovery against PWC-Int'l[1] (*see* R. Doc. 12) and issues raised in the motion to dismiss filed by PWC-Int'l (*see* R. Doc. 110) as well as those issues raised in Plaintiffs' pending motion to remand (*see* R. Doc. 13):

- Professional services shared by PWC-Int'l over the past 10 years with PricewaterhouseCoopers, LLP ("PWC-UK"), PricewaterhouseCoopers, LLP ("PWC-USA") or any other entity included in the PricewaterhouseCoopers ("PWC") network of entities (*see* Interrogatory No. 1 and RFP No. 1);

- Work of any kind undertaken by PWC-Int'l over the past 10 years with PWC-UK, PWC-USA or any other entity included in the PWC network of entities (*see* Interrogatory No. 2 and RFP No. 1);

---

[1] PWC-Int'l filed a motion to dismiss on December 26, 2012.  The motion is set for submission on January 23, 2013.  Thus, Plaintiffs opposition memorandum is due January 15, 2013.  Plaintiffs need the requested discovery to prepare its opposition to the pending motion to dismiss.

- Identities of PWC-Int'l's members, directors and employees who are or have been over the past 10 years also members, directors or employees of any other entity included in the PWC network of entities (*see* Interrogatory No. 3 and RFP No. 1);

- Description of meetings PWC-Int'l has held over the past 10 years with any other entity included in the PWC network of entities (*see* Interrogatory No. 4 and RFP No. 1);

- A privilege log reflecting meetings or correspondence between PWC-Int'l and any other entity included in the PWC network of entities which address this lawsuit, either Plaintiff or Seatem Attraction Tickets (UK) Limited ("Seatem") (*see* Interrogatory No. 5 and RFP Nos. 1,6 and 7);

- Organizational documents of PWC-Int'l (*see* RFP No. 2);

- Organizational charts reflecting the relationships of the entities included in the PWC network of entities, including, but not limited to PWC-Int'l (*see* RFP No. 5);

- Customer/client lists shared over the past 10 years between PWC-Int'l and any other entity in the PWC network of entities (*see* RFP No. 8);

- PWC network-wide governing documents, such as the PWC Code of Conduct (*see* RFP No. 9);

- Documentation of the duties and authorities of the PWC Global Board of Directors (*see* RFP No. 10);

- Documentation of the duties and authorities of the PWC Network Leadership Team (*see* RFP No. 11);

- Documentation of the duties and authorities of the PWC Strategy Council (*see* RFP No. 12);

- Documentation of the duties and authorities of the PWC Network Executive Team (*see* RFP No. 13);

- Documentation of the duties and authorities of the PWC Global Ethics Leader (*see* RFP No. 14);

- Documentation of the duties and authorities of the PWC Chairman (*see* RFP No. 15); and

- PWC Global Annual Review documents for the past 10 years (*see* RFP No. 16).

The prior discovery Orders of this Court show that Plaintiffs are entitled to the foregoing information. *See* R. Docs. 62 and 108. Hence, Plaintiffs also seek an award of all attorneys' fees

and costs incurred in pursuing this motion pursuant to Rule 37(a)(5)(A) of the Federal Rules of

Civil Procedure.


Respectfully submitted,


*/s/Martha Y. Curtis*
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
        KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND GEORGE J. NEWTON III**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel of

record through electronic mail this 8th day of January, 2013.


*/s/Martha Y. Curtis*
**MARTHA Y. CURTIS**