UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III        Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP        Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * **************************

## RULE 37 CERTIFICATE

We certify that prior to the filing of Plaintiffs' motion to compel, we communicated with counsel for PricewaterhouseCoopers International Limited ("PWC-Int'l"), at which time counsel for PWC-Int'l objected to Plaintiffs' motion to compel.

Respectfully submitted,

/s/Martha Y. Curtis
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
    KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND GEORGE J. NEWTON III**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 8th day of January, 2013.

                                  */s/Martha Y. Curtis*
                                  **MARTHA Y. CURTIS**