UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br>Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP<br>Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * **************************

## ORDER

Considering the Motion to Compel filed by Plaintiffs, BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III ("BMPP3") and GEORGE J. NEWTON, III ("Mr. Newton") (collectively, "Plaintiffs");

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of January 2013.

_____
**MAG. JUDGE CHASEZ**