UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, ET AL | CIVIL ACTION |
| VERSUS | NO.  12-1445 |
| NORTHERN BANK LIMITED, ET AL | SECTION "N"  (5) |

### O R D E R

Considering the **"Partial Objection to Magistrate's Order" (Rec. Doc. 65)**, filed by PricewaterhouseCoopers LLP (PwC US), plaintiffs' opposition memorandum (Rec. Doc. 89), PwC US' reply memorandum (Rec. Doc. 99), and the applicable law;

**IT IS ORDERED** that:

1) The Magistrate Judge's Order (Rec. Doc. 62) is hereby **STAYED** pending this Court's ruling on plaintiffs' Motion to Remand (Rec. Doc. 13).   The Court finds that the discovery sought does not pertain to any claim or legal theory asserted in the state court petition and therefore may not be considered in determining whether PwC US was properly joined.  *See Griggs v. State Farm Lloyds*, 181 F.3d 694, 700 (5th Cir. 1999); *Cavallini v. State Farm Mutual Auto Ins. Co.*, 44 F.3d 256, 263 (5th Cir. 1995).

2) The partial objection (Rec. Doc. 65) is hereby **OVERRULED** in all other respects.  Should this Court find that PwC US has been properly joined as a defendant, the discovery sought would be relevant to plaintiffs' claims.

New Orleans, Louisiana, this 9th day of January, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**