UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1445 |
| NORTHERN BANK LIMITED, ET AL | SECTION "N"  (5) |

**O R D E R**

Considering the **"Motion to Disqualify Counsel" (Rec. Doc. 45)**, filed by plaintiffs, the opposition memoranda filed by PricewaterhouseCoopers LLP (PwC US) (Rec. Docs. 67 and 95), plaintiffs' reply memorandum (Rec. Doc. 117), PwC US' sur-reply (Rec. Doc. 101), the affidavits and other materials submitted in support of and in opposition to the motion, and the applicable law;

**IT IS ORDERED** that the motion to disqualify counsel (Rec. Doc. 45) is hereby **DENIED** for substantially the same reasons set forth by PwC US in Rec. Docs. 67, 95, and 101. The overwhelming facts demonstrate that plaintiff George Newton, III, has never been a client of Jones Walker, despite his being an officer of ENTA USA, LLC.  The Court finds that his alleged subjective belief to the contrary is not reasonable.  Further, the Court finds that none of Jones Walker's former representations of ENTA USA, LLC has concerned a matter "substantially related" to the instant matter.  La. Rule Prof. Conduct 1.9(a).

New Orleans, Louisiana, this 10th day of January, 2013.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**