UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO.  12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | SECTION "N"(5) |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PRICEWATERHOUSECOOPERS LLP'S (PwC UK)
RESPONSE TO PLAINTIFFS' MOTION TO REMAND**

PricewaterhouseCoopers LLP ("PwC UK") joins in PwC US's and Northern Bank's oppositions to the Plaintiffs' motion to remand for the reasons set out in each of those party's briefs.  PwC UK submits the following additional points for the Court's consideration. *First*, this Court has discretion to dismiss the entire case on the grounds of *forum non conveniens* without reaching the question of subject matter jurisdiction.[1]  Because this is a case that so clearly belongs in the Northern Ireland judicial system – and has no connection to this forum – the Court may dismiss the case in favor of a more convenient forum as set out in more detail in PwC UK's memorandum in support of its motion to dismiss.[2]  *Second*, Plaintiffs have failed to plead sufficient facts from which this Court could find that PwC UK and PwC US are a single business entity under Louisiana law.  As set out in PwC UK's motion to dismiss, Plaintiffs'

---

[1]   *See, Sinochem Int'l Co. v. Malaysian Int'l Shipping Corp.*, 549 U.S. 422, 425 (2007).

[2]   PwC UK's Mem. In Supp. of Mot. To Dismiss, Rec. Doc. 109-1.

pleadings fail to approach the high threshold for treating two separate and distinct companies as one. Moreover, courts routinely hold that member firms in international accounting networks are distinct business entities.[3] Further, the separateness of PwC UK and PwC US is confirmed by the declaration of Andrew Cope, attached to PwC UK's motion to dismiss.[4] Accordingly, the Court should dismiss the entire case on the grounds of *forum non conveniens* or, alternatively, deny the motion to remand, and dismiss the claims against PwC UK for the reasons in its motion to dismiss and supporting memorandum.

        Respectfully submitted,

        */s/ Steven W. Usdin*
        Steven W. Usdin, TA, 12986
        Craig Isenberg, 29603
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana 70112
        Telephone: (504) 589-9700
        Facsimile: (504) 589-9701
        susdin@barrassousdin.com
        cisenberg@barrassousdin.com

        *Attorneys for PricewaterhouseCoopers LLP*

---

[3]   *Id.* § I (D) pp. 10-15.

[4]   Andrew Cope Decl., Rec. Doc. 109-5.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

*/s/ Steven W. Usdin*

*{822575_1}*