UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III     Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP     Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Plaintiffs, Burrus Mortgage Portfolio Partnership III ("BMPP3") and George J. Newton, III ("Mr. Newton") (collectively, "Plaintiffs"), submit this *Ex Parte* Motion for Leave to File a Supplemental Memorandum in Support of their Motion to Compel PriceWaterhouseCoopers International Limited ("PwC-Int'l") (Rec. Doc. 112). As explained in the brief, attached supplemental memorandum, PwC-Int'l has taken certain action subsequent to the filing of Plaintiffs' Motion to Compel that this Court should consider in ruling upon that Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave and permit Plaintiffs to file the attached Supplemental Memorandum.

Respectfully submitted,

*/s/Martha Y. Curtis*
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER**
   **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS**
**BURRUS MORTGAGE PORTOFOLIO**
**PARTNERSHIP III AND GEORGE J. NEWTON III**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 11th day of January, 2013.

*/s/Martha Y. Curtis*
**MARTHA Y. CURTIS**