

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III | * * * * | CIVIL ACTION NO. 12-CV-1445 |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP | * * * | MAGISTRATE CHASEZ |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### INTERROGATORIES TO PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED REGARDING PERSONAL JURISDICTION

**TO:** PriceWaterhouseCoopers International Limited
Through its attorney of record:
Dane S. Ciolino
Dane S. Ciolino, LLC
P. O. Box 850848
New Orleans, LA 70185-0848
Email: dciolino@gmail.com

PLEASE TAKE NOTICE that you are hereby notified and required to respond to separately, fully, and in writing under oath the following Interrogatories served herewith, and to serve your answers thereto on counsel for Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III (collectively, "Plaintiffs"), all in accordance with the terms of the Federal Rules of Civil Procedure. These Interrogatories are deemed to be continuing and supplementation of responses is requested as the information changes and becomes available. Plaintiffs request service of your answers on **James M. Garner, Martha Y. Curtis and Matthew C. Clark, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Twenty-Eighth Floor, New Orleans, Louisiana, 70112**, within the time delays allowed by law.

## **DEFINITIONS**

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "Describe" means list and describe separately and in a detailed fashion, including dates and times.

2) "Documents" means all writings or computer data of any nature, including but not limited to:

   (a) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties;

   (b) Inter-company communications;

   (c) Intra-company communications;

   (d) Telephone memoranda;

   (e) Notes;

   (f) Logs;

   (g) Reports;

   (h) Statistical forms; and

   (i) Personnel rosters.

3) "Identify," "identity," and "identification," when used to refer to a natural person or entity, means to state the person or entity's full name and title (if applicable), present or last known address, telephone number, and employer or any entity to which the entity in question is a subordinate.

4) "Identify," "identity," and "identification," when used to refer to a document, means to state the following:

    (a)    The subject of the document;

    (b)    The title of the document;

    (c)    The type of document (*e.g.*, letter, memorandum, facsimile, email, chart);

    (d)    The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

    (e)    The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

    (f)    The present or last known location and custodian of the documents.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please identify and describe the nature of PriceWaterhouseCoopers International Limited ("PwC-Int'l")'s structure as a business entity, including without limitation all subsidiary entities in which PwC-Int'l has any ownership or other interest, or any parent entities which have any ownership or other interest in PwC-Int'l; as well as the applicable percentage of ownership or other interest, as between PwC-Int'l and the particular related entity. Please also include in your response the departments or sections of PwC-Int'l, including, but not limited to, international departments. For each entity identified, please state, as applicable, the place of incorporation, principal place of business, headquarters, registered office, and billing address.

**INTERROGATORY NO. 2:**

Please identify the total annual gross revenues and net revenues of PwC-Int'l for the period from January 1, 2002 to the present.

**INTERROGATORY NO. 3:**

For each total annual revenue figure identified in response to the previous Interrogatory, please identify the amount of such revenues derived from transactions dealing with persons or entities in Louisiana, for the period from January 1, 2002 to the present.  (For purposes of this Interrogatory, a transaction dealing with a person or entity "in Louisiana" includes a transaction affecting movable (personal) or immovable (real) property in Louisiana; and/or when the customer/client resides or is domiciled in Louisiana, or when the customer/client's place of incorporation, principal place of business, headquarters, registered office, or billing address is located in Louisiana, even if the underlying property affected by the transaction is outside Louisiana.)

**INTERROGATORY NO. 4:**

Please identify and describe all business activities in Louisiana in which PwC-Int'l has engaged for the period from January 1, 2002 to the present, including without limitation:

- maintaining any office, address, or telephone number in Louisiana;
- maintaining any corporate or business records in Louisiana;
- making any business decisions in Louisiana;
- doing or soliciting any business in Louisiana;
- maintaining or using any place of business in Louisiana;
- possessing any license to do business in Louisiana;
- having a registered agent for service of process in Louisiana;
- having any agency or mandatary agreement that would include all or part of Louisiana;
- having any personnel in Louisiana, including, but not limited to, directors or managers;
- paying any taxes in Louisiana;
- selling or providing PwC-Int'l customer/client information of any kind to other entities or governmental agencies in Louisiana;
- maintaining any accounts or customer/client relations in Louisiana;

- having any contacts with persons or entities in Louisiana; or
- doing any work in any way related to or connected with Louisiana.

(For purposes of this Interrogatory, a contact with a person or entity "in Louisiana" includes a contact with a person residing or domiciled in Louisiana, or a contact with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana; and a connection "with Louisiana" includes a connection with a person residing or domiciled in Louisiana, a connection with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana, or a connection to a matter affecting movable (personal) or immovable (real) property in Louisiana.)

**INTERROGATORY NO. 5:**

Please identify all PwC-Int'l clients or customers in Louisiana for the period from January 1, 2002 to the present. For each client or customer identified, please state the total annual gross revenues received by PwC-Int'l from its transaction(s) with that client or customer. (For purposes of this Interrogatory, a client or customer is "in Louisiana" when that person resides or is domiciled in Louisiana, or that person's place of incorporation, principal place of business, headquarters, registered office, and/or billing address is located in Louisiana.)

**INTERROGATORY NO. 6:**

Please identify any and all television stations, radio stations, newspapers, magazines, mail, telephonic, electronic, and any other media with or through which PwC-Int'l advertises or has advertised to the United States for the period from January 1, 2002 to the present.

**INTERROGATORY NO. 7:**

Please identify all proposals, contracts, audit or consulting engagement agreements, other agreements, promises, or other contractual relationships PwC-Int'l has negotiated, made, entered into, serviced, or performed that are in any way related to or connected with Louisiana, for the

period from January 1, 2002 to the present.  (For purposes of this Interrogatory, this includes any arrangements made, entered into, and/or performed, wholly or partially, in Louisiana or with any person who has resided or has been domiciled in Louisiana, or with any entity which has had its place of incorporation, principal place of business, headquarters, registered office, and/or billing address located in Louisiana; or involving any matter affecting movable (personal) or immovable (real) property in Louisiana.)

**INTERROGATORY NO. 8:**

Please state whether PwC-Int'l (including any person employed or associated with PwC-Int'l) traveled to Louisiana for any negotiations, meetings, trips, sales calls, vendor or supplier visits, conventions, conferences, or other business engagements for the period from January 1, 2002 to the present.  If so, please state the dates of any such travel, the names of each person who visited and was visited, and the purpose of the travel.

**INTERROGATORY NO. 9:**

For the period from January 1, 2002 to the present, please identify any assets of any kind which have been located in Louisiana and have been in the possession or subject to the control or disposition of or by PwC-Int'l, including without limitation any financial accounts of any kind.

**INTERROGATORY NO. 10:**

For the period from January 1, 2002 to the present, please identify any financial or other contribution PwC-Int'l has made to persons, entities, or funds in Louisiana.  (For purposes of this Interrogatory, a contribution to a person, entity, or fund "in Louisiana" includes any arrangements made, entered into, and/or performed, wholly or partially, in Louisiana or with any person who has resided or has been domiciled in Louisiana, or with any entity which has had as its place of incorporation, principal place of business, headquarters, registered office, and/or

billing address located in Louisiana; or involving any matter affecting movable (personal) or immovable (real) property in Louisiana.)

**INTERROGATORY NO. 11:**

Please identify each and every director, officer, employee, agent, or representative of PwC-Int'l who has resided or has had a mailing address in Louisiana for the period from January 1, 2002 to the present.

**INTERROGATORY NO. 12:**

Please identify any and all audit engagements, accountancy services, or similar financial services that PwC-Int'l has provided or conducted in Louisiana, for the period from January 1, 2002 to the present.  (For purposes of this Interrogatory, providing or conducting services "in Louisiana" includes services in connection with any movable (personal) or immovable (real) property in Louisiana; and/or when the customer/client resides or is domiciled in Louisiana, or when the customer/client's place of incorporation, principal place of business, headquarters, registered office, or billing address is located in Louisiana, even if the underlying property affected by the transaction is outside Louisiana; and/or when the services are physically performed within Louisiana.)

**INTERROGATORY NO. 13:**

Please identify any and all documents recorded in the Louisiana public records that pertain to a mortgage, lien, privilege, or other security device held by PwC-Int'l, as well as any UCC-1 Financing Statements filed in Louisiana by or on behalf of PwC-Int'l.

**INTERROGATORY NO. 14:**

Please identify any litigation in Louisiana in which PwC-Int'l was a party for the period from January 1, 2002 to the present, including the case name, the case number, the parties, and the court in which the matter was pending.

**INTERROGATORY NO. 15:**

Please identify all communications of any kind, whether by letter, electronic mail, or otherwise, for the period from January 1, 2002 to the present, related to any accounting, auditing, consulting, or financial services provided by PwC-Int'l pursuant to any contract or agreement between PwC-Int'l and any customer or client that is domiciled in the United States or maintains a principal place of business there.

**INTERROGATORY NO. 16:**

Please identify all communications of any kind, whether by letter, electronic mail, or otherwise, between PwC-Int'l and either or both of the Plaintiffs or Seatem Attraction, Tickets (UK) Limited ("Seatem") or its related entities, related to any accounting, consulting, and/or auditing services provided by any PwC entity in connection with Seatem or its related entities.

**INTERROGATORY NO. 17:**

Please identify any officers, directors, agents, employees, or representatives of PwC-Int'l who have at any time communicated in any manner, whether by letter, electronic mail, telephone, in person, or otherwise, with either or both of the Plaintiffs; and also describe the dates, times, places, content of, and other circumstances pertaining to such communications.  For each person identified, please state the mailing address, telephone number, and email address of the person who communicated with either or both of the Plaintiffs.

Respectfully submitted,

*/s/Martha Y. Curtis*
JAMES M. GARNER, #19589, T.A.
MARTHA Y. CURTIS, #20446
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
     KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND GEORGE J. NEWTON III**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 7th day of January, 2013.

*/s/Martha Y. Curtis*
**MARTHA Y. CURTIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO. 12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
|     Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUESTS FOR PRODUCTION OF DOCUMENTS TO PRICEWATERHOUSECOOPERS INTERNATIONAL LIMITED REGARDING PERSONAL JURISDICTION

**TO:**    PriceWaterhouseCoopers International Limited
           Through its attorney of record:
           Dane S. Ciolino
           Dane S. Ciolino, LLC
           P. O. Box 850848
           New Orleans, LA 70185-0848
           Email: dciolino@gmail.com

      PLEASE TAKE NOTICE that you are hereby notified and required to respond to separately, fully, and in writing under oath the following Requests for Production of Documents served herewith, and to serve your answers thereto on counsel for Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III (collectively, "Plaintiffs"), all in accordance with the terms of the Federal Rules of Civil Procedure. These Requests for Production of Documents are deemed to be continuing and supplementation of responses is requested as the information changes and becomes available. Plaintiffs request service of your responses on **James M. Garner, Martha Y. Curtis and Matthew C. Clark, Sher Garner Cahill Richter**

**Klein & Hilbert, L.L.C., 909 Poydras Street, Twenty-Eighth Floor, New Orleans, Louisiana, 70112**, within the time delays allowed by law.

## DEFINITIONS

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "Describe" means list and describe separately and in a detailed fashion, including dates and times.

2) "Documents" means all writings or computer data of any nature, including but not limited to:

   (a) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties;

   (b) Inter-company communications;

   (c) Intra-company communications;

   (d) Telephone memoranda;

   (e) Notes;

   (f) Logs;

   (g) Reports;

   (h) Statistical forms; and

   (i) Personnel rosters.

3) "Identify," "identity," and "identification," when used to refer to a natural person or entity, means to state the person or entity's full name and title (if applicable),

       present or last known address, telephone number, and employer or any entity to which the entity in question is a subordinate.

4)    "Identify," "identity," and "identification," when used to refer to a document, means to state the following:

    (a)    The subject of the document;

    (b)    The title of the document;

    (c)    The type of document (*e.g.*, letter, memorandum, facsimile, email, chart);

    (d)    The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

    (e)    The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

    (f)    The present or last known location and custodian of the documents.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Please produce all documents PriceWaterhouseCoopers International Limited ("PwC-Int'l") referenced or consulted in preparing its responses to Plaintiffs' Interrogatories.

### REQUEST FOR PRODUCTION NO. 2:

Please produce all documents pertaining to all business activities in Louisiana in which PwC-Int'l has engaged for the period from January 1, 2002 to the present, including without limitation:

- maintaining any office, address, or telephone number in Louisiana;
- maintaining any corporate or business records in Louisiana;

- making any business decisions in Louisiana;
- doing or soliciting any business in Louisiana;
- maintaining or using any place of business in Louisiana;
- possessing any license to do business in Louisiana;
- having a registered agent for service of process in Louisiana;
- having any agency or mandatary agreement that would include all or part of Louisiana;
- having any personnel in Louisiana, including, but not limited to, directors or managers;
- paying any taxes in Louisiana;
- maintaining any customer or client relations in Louisiana;
- having any contacts with persons or entities in Louisiana; or
- doing any work in any way related to or connected with Louisiana.

(For purposes of this Request, a contact with a person or entity "in Louisiana" includes a contact with a person residing or domiciled in Louisiana, or a contact with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana; and a connection "with Louisiana" includes a connection with a person residing or domiciled in Louisiana, a connection with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana, or a connection to a matter affecting movable (personal) or immovable (real) property in Louisiana.)

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all documents evidencing proposals, contracts, audit or consulting engagement agreements, other agreements, promises, or other contractual relationships PwC-Int'l has negotiated, made, entered into, serviced, or performed that are in any way related to or connected with Louisiana, for the period from January 1, 2002 to the present. Please include documentation of any consulting relationship, such as, but not limited to, any such relationship between PwC-Int'l and PricewaterhouseCoopers entities or related entities. Please also include documentation of any financial or other contribution PwC-Int'l has made to persons, entities, or funds in Louisiana. (For purposes of this Interrogatory, this includes any arrangements made, entered into, and/or performed, wholly or partially, in Louisiana or with any person who has

resided or has been domiciled in Louisiana, or with any entity which has had its place of incorporation, principal place of business, headquarters, registered office, and/or billing address located in Louisiana; or involving any matter affecting movable (personal) or immovable (real) property in Louisiana.)

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all documents evidencing any travel to Louisiana by any person employed or associated with PwC-Int'l for any negotiations, meetings, trips, sales calls, vendor or supplier visits, conventions, conferences, or other business engagements for the period from January 1, 2002 to the present.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce all documents evidencing any ownership or other interest in any assets of any kind which have been located in Louisiana and have been in the possession or subject to the control or disposition of or by PwC-Int'l, including without limitation any financial accounts of any kind, for the period from January 1, 2002 to the present.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents evidencing any and all communications of any kind, whether by letter, electronic mail, telephone, in person, or otherwise, between any officers, directors, agents, employees, or representatives of PwC-Int'l and either or both of the Plaintiffs or Seatem Attraction, Tickets (UK) Limited ("Seatem") or its related entities, related to any accounting, consulting, and/or auditing services provided by any PwC entity in connection with Seatem or its related entities.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents evidencing any and all communications of any kind, whether by letter, electronic mail, telephone, in person, or otherwise, between any officers, directors, agents, employees, or representatives of PwC-Int'l and either or both of the Plaintiffs.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce documents evidencing the relationship between PwC-Int'l and its parent entities and the relationship between PwC-Int'l and its affiliates or subsidiary entities. Please include in your response, but do not limit you response to: corporate foundational documents, organizational charts or lists, and documentation related to annual or other regularly scheduled meetings amongst these entities.

Respectfully submitted,

*/s/Martha Y. Curtis*
JAMES M. GARNER, #19589, T.A.
MARTHA Y. CURTIS, #20446
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
   KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND GEORGE J. NEWTON III**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 7th day of January, 2013.

>  */s/Martha Y. Curtis*
>  **MARTHA Y. CURTIS**