UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br>　　　Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP<br>　　　Defendants. | * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING** *Ex Parte* Motion for Leave to File a Supplemental Memorandum in Support of Plaintiffs' Motion to Compel PwC-Int'l (the "Motion for Leave") filed by Plaintiffs herein;

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED** and the Supplemental Memorandum in support of Plaintiffs' Motion to Compel PwC-Int'l (Rec. Doc. 112) shall be filed into the record of this matter.

New Orleans, Louisiana, this _____ day of January, 2013.

_____
**MAGISTRATE JUDGE ALMA CHASEZ**