UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III     Plaintiff | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP     Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * ************************

## PLAINTIFFS' INTERROGATORIES
## TO PRICEWATERHOUSECOOPERS, LLP (PWC-UK)

**TO:**   Through its attorneys of record:
    Steven W. Usdin
    Craig Isenberg
    Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
    909 Poydras St., Suite 2400
    New Orleans, LA  70112
    susdin@barrassousdin.com
    cisenberg@barrassousdin.com

Plaintiffs, Burrus Mortgage Portfolio Partnership III ("BMPP3") and George J. Newton, III (collectively, "Plaintiffs"), on authority of Federal Rule of Civil Procedure 33, request a full answer, in writing, to these Interrogatories and further request service of your answers on **Martha Y. Curtis and Matthew C. Clark, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Twenty-Eighth Floor, New Orleans, Louisiana  70112**, within the time delays allowed by law.

**EXHIBIT A**

In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, these Interrogatories are deemed to be continuing, and supplementations of your responses are requested as information changes or more information becomes available.

## DEFINITIONS

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "DESCRIBE" means list and describe separately and in a detailed fashion, including dates and times.

2) "DOCUMENTS" means all writings or computer data of any nature, including but not limited to:

   (a) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties;

   (b) Inter-company communications;

   (c) Intra-company communications;

   (d) Telephone memoranda;

   (e) Notes;

   (f) Logs;

   (g) Reports;

   (h) Statistical forms; and

   (i) Personnel rosters.

3) "IDENTIFY," "IDENTITY," AND "IDENTIFICATION," when used to refer to a natural person or entity, means to state the person or entity's full name and title (if

applicable), present or last known address, telephone number, and employer or any entity to which the entity in question is a subordinate.

4) "IDENTIFY," "IDENTITY," and "IDENTIFICATION," when used to refer to a document, means to state the following:

    (a) The subject of the document;

    (b) The title of the document;

    (c) The type of document (*e.g.*, letter, memorandum, facsimile, email, chart);

    (d) The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

    (e) The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

    (f) The present or last known location and custodian of the documents.

5) "YOU" or YOUR" means PricewaterhouseCoopers, LLP ("PWC-UK"), its members, employees, directors, attorneys, representatives, agents, or anyone else answering on its behalf.

6) "PWC-USA" means PricewaterhouseCoopers, LLP, the limited liability partnership registered in the United States, its members, employees, directors, attorneys, representatives, or agents.

7) "PWC-INT'L" means PricewaterhouseCoopers International Limited, the United Kingdom membership-based company, its members, employees, directors, attorneys, representatives, or agents.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

## INTERROGATORIES

### INTERROGATORY 1:

DESCRIBE any and all services, such as accounting, computer software, marketing, human resources, and the International Survey Unit, YOU have shared with other PricewaterhouseCoopers ("PWC") entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

### INTERROGATORY 2:

DESCRIBE any and all work YOU have undertaken with other PWC entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

### INTERROGATORY 3:

IDENTIFY all of YOUR members, directors, and employees who are (or have been over the last 10 years) also members, directors, or employees of another PWC entity, including, but not limited to, PWC-USA and PWC-INT'L. Please include their titles.

### INTERROGATORY 4:

DESCRIBE all meetings YOU have held with other PWC entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

### INTERROGATORY 5:

DESCRIBE all communications, including meetings, YOU have had with employees, members, or directors of another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L, regarding this litigation, the underlying claims and events, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited.

**INTERROGATORY 6:**

IDENTIFY all individuals who worked on the PWC report that is a subject of this litigation, including, but not limited to, Garth Calow, Noel Culbert, and Wendy McVeigh. Please include their employers, titles, and PWC board memberships over the past 10 years.

Respectfully submitted,

/s/Martha Y. Curtis
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
   KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND
GEORGE J. NEWTON III**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 19th day of November, 2012.

/s/Martha Y. Curtis
**MARTHA Y. CURTIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO<br>PARTNERSHIP III AND<br>GEORGE J. NEWTON, III<br>    Plaintiff | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | *<br>* | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND<br>PRICEWATERHOUSECOOPERS, LLP<br>    Defendants. | *<br>*<br>*<br>* | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS
### TO PRICEWATERHOUSECOOPERS, LLP (PWC-UK)

**TO:** Through its attorneys of record:
Steven W. Usdin
Craig Isenberg
Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
909 Poydras St., Suite 2400
New Orleans, LA  70112
susdin@barrassousdin.com
cisenberg@barrassousdin.com

Plaintiffs, Burrus Mortgage Portfolio Partnership III ("BMPP3") and George J. Newton, III (collectively, "Plaintiffs"), on authority of Federal Rule of Civil Procedure 33, request full responses, in writing, to these Requests for Production of Documents and further request service of your responses on **Martha Y. Curtis and Matthew C. Clark, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Twenty-Eighth Floor, New Orleans, Louisiana 70112**, within the time delays allowed by law.

In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, these Requests for Production of Documents are deemed to be continuing, and supplementations of your responses are requested as information changes or more information becomes available.

## **DEFINITIONS**

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "DESCRIBE" means list and describe separately and in a detailed fashion, including dates and times.

2) "DOCUMENTS" means all writings or computer data of any nature, including but not limited to:

   (a) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties;

   (b) Inter-company communications;

   (c) Intra-company communications;

   (d) Telephone memoranda;

   (e) Notes;

   (f) Logs;

   (g) Reports;

   (h) Statistical forms; and

   (i) Personnel rosters.

3) "IDENTIFY," "IDENTITY," AND "IDENTIFICATION," when used to refer to a natural person or entity, means to state the person or entity's full name and title (if

applicable), present or last known address, telephone number, and employer or any entity to which the entity in question is a subordinate.

4) "IDENTIFY," "IDENTITY," and "IDENTIFICATION," when used to refer to a document, means to state the following:

    (a) The subject of the document;

    (b) The title of the document;

    (c) The type of document (*e.g.*, letter, memorandum, facsimile, email, chart);

    (d) The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

    (e) The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

    (f) The present or last known location and custodian of the documents.

5) "YOU" or YOUR" means PricewaterhouseCoopers, LLP ("PWC-UK"), its members, employees, directors, attorneys, representatives, agents, or anyone else answering on its behalf.

6) "PWC-USA" means PricewaterhouseCoopers, LLP, the limited liability partnership registered in the United States, its members, employees, directors, attorneys, representatives, or agents.

7) "PWC-INT'L" means PricewaterhouseCoopers International Limited, the United Kingdom membership-based company, its members, employees, directors, attorneys, representatives, or agents.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION 1:**

Produce all DOCUMENTS YOU referenced or consulted in preparing YOUR responses to Plaintiffs' Interrogatories.

**REQUEST FOR PRODUCTION 2:**

Produce all YOUR organizational documents, including, but not limited to, YOUR partnership agreement and articles of organization.

**REQUEST FOR PRODUCTION 3:**

Produce all organizational documents of PWC-USA, including, but not limited to, its partnership agreement and articles of organization.

**REQUEST FOR PRODUCTION 4:**

Produce all organizational documents of PWC-INT'L, including, but not limited to, its articles of incorporation.

**REQUEST FOR PRODUCTION 5:**

Produce the organizational chart or charts showing all PricewaterhouseCoopers ("PWC") entities.

**REQUEST FOR PRODUCTION 6:**

Produce all communications, including meeting minutes, YOU have had with employees, members, or directors of another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L, regarding this litigation, the underlying claims and events of this litigation, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited.

**REQUEST FOR PRODUCTION 7:**

Produce all DOCUMENTS YOU have or have created regarding this litigation, the

underlying claims and events of this litigation, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited. Please include all contracts and letters PWC sent to the parties to this litigation, including, but not limited to, the November 2, 2009 Engagement Letter and Terms of Business.

**REQUEST FOR PRODUCTION 8:**

Produce all customer/client lists YOU have shared over the past 10 years with another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L.

**REQUEST FOR PRODUCTION 9:**

Produce all DOCUMENTS that have, over the last 10 years, governed YOUR behavior as well as that of any other PWC entity, the PWC Code of Conduct, for example.

**REQUEST FOR PRODUCTION 10:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Global Board of Directors.

**REQUEST FOR PRODUCTION 11:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Network Leadership Team.

**REQUEST FOR PRODUCTION 12:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Strategy Council.

**REQUEST FOR PRODUCTION 13:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Network Executive Team.

**REQUEST FOR PRODUCTION 14:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Global Ethics Leader.

**REQUEST FOR PRODUCTION 15:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Chairman.

**REQUEST FOR PRODUCTION 16:**

Produce all PWC Global Annual Review DOCUMENTS over the past 10 years.

Respectfully submitted,

/s/Martha Y. Curtis
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER
    KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS
BURRUS MORTGAGE PORTOFOLIO
PARTNERSHIP III AND
GEORGE J. NEWTON III**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 19th day of November, 2012.

/s/Martha Y. Curtis
**MARTHA Y. CURTIS**