UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO.  12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | SECTION "N"(5) |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRICEWATERHOUSECOOPERS LLP'S**
**RESPONSE TO PLAINTIFFS' INTERROGATORIES**

PricewaterhouseCoopers LLP, an English limited liability partnership ("PwC UK"), through undersigned counsel, hereby objects and responds to Plaintiffs' Interrogatories as follows:

**GENERAL OBJECTIONS**

1. PwC UK objects to the Interrogatories to the extent that they seek to impose any requirement or discovery obligation other than or beyond those imposed by the Federal Rules of Civil Procedure or other applicable rules of this Court.

2. PwC UK is moving to dismiss the case and objects to these Interrogatories on the grounds that this court lacks personal jurisdiction over PwC UK, and that the case should be dismissed on the ground of *forum non conveniens* or improper venue.  Thus, no discovery is necessary or appropriate.

3. PwC UK objects to the Interrogatories to the extent that they are overly broad, oppressive, and unduly burdensome.

813006_1

**EXBIBIT B**

4.     PwC UK objects to the Interrogatories to the extent they are vague, ambiguous, and require speculation to uncover their meanings.

5.     PwC UK objects to the Interrogatories to the extent that they call for information protected from disclosure under the attorney-client privilege, the attorney work product doctrine, or any other legally recognized privilege, immunity, or exemption from discovery. This General Objection is intended to prevent any waiver of these privileges or protections as to any specific request.

6.     PwC UK objects to the Interrogatories to the extent that they seek the nonpublic, proprietary, commercially sensitive information, or other information the disclosure of which will create an identifiable risk of competitive, commercial or other injury to PwC UK or clients of PwC UK.

7.     No objection made herein, or lack thereof, shall be deemed an admission by PwC UK as to the existence or nonexistence of any information.

8.     PwC UK objects to the Interrogatories to the extent they seek information beyond the scope of that which is discoverable for purposes of jurisdiction and are beyond the scope of the supplementation required.

9.     PwC UK objects to the Interrogatories to the extent that they seek information for any party other than PwC UK.

10.    PwC UK reserves the right to supplement, amend, or alter its responses at any time.

## RESPONSES TO INTERROGATORIES

Each of the foregoing General Objections is expressly incorporated into the Specific Objections and Responses set forth below. Subject to the General Objections, and without waiving and expressly preserving all objections, PwC UK responds to Plaintiffs' individual Interrogatories as follows:

### INTERROGATORY NO. 1:

DESCRIBE any and all services, such as accounting, computer software, marketing, human resources, and the International Survey Unit, YOU have shared with other PricewaterhouseCoopers ("PWC") entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

### RESPONSE TO INTERROGATORY NO. 1:

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects on the ground that this Interrogatory is not reasonably limited in time as it seeks information spanning over a 10-year period, or in geographic scope as the PwC network consists of legally separate entities operating in approximately 158 territories throughout the world. Subject to these objections and to the General Objections, PwC UK states that it is a legally separate entity from all of the other firms in the PwC network in other territories; that it maintains its own accounting records and its financial statements are not consolidated with any other PwC entities; and that it has its own marketing and human resources functions. Moreover, PwC UK was the only firm in the PwC network engaged to provide the services in connection with the engagement at issue in this case. No services were provided by any other firm in the PwC network.

**INTERROGATORY NO. 2:**

DESCRIBE any and all work YOU have undertaken with other PWC entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

**RESPONSE TO INTERROGATORY NO. 2:**

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects on the ground that this Interrogatory is not reasonably limited in time as it seeks information spanning over a 10-year period, or in geographic scope as the PwC network consists of legally separate entities operating in approximately 158 territories throughout the world. Subject to these objections and to the General Objections, PwC UK states it performed no work with any other PwC entity relating to the engagement at issue in this case. Rather, all of the work was performed by PwC UK personnel in Northern Ireland.

**INTERROGATORY NO. 3:**

IDENTIFY all of YOUR members, directors, and employees who are (or have been over the last 10 years) also members, directors, or employees of another PWC entity, including, but not limited to, PWC-USA and PWC-INT'L. Please include their titles.

**RESPONSE TO INTERROGATORY NO. 3:**

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects on the ground that this Interrogatory is not reasonably limited in time as it seeks information spanning over a 10-year period, or in geographic scope as the PwC network consists of legally separate entities operating in approximately 158 territories throughout the world. Subject to these objections and to the General Objections, PwC UK states that none of its partners or members is

a partner or member in PwC US. Moreover, none of the PwC UK personnel involved in the engagement at issue in this case were ever a partner, member or employee of PwC US.

**INTERROGATORY NO. 4:**

DESCRIBE all meetings YOU have held with other PWC entities over the last 10 years, including, but not limited to, PWC-USA and PWC-INT'L.

**RESPONSE TO INTERROGATORY NO. 4:**

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects on the ground that this Interrogatory is not reasonably limited in time as it seeks information spanning over a 10-year period, or in geographic scope as the PwC network consists of legally separate entities operating in approximately 158 territories throughout the world. Subject to these objections and to the General Objections, PwC UK states that it had no meetings with any other PwC entities relating to the engagement at issue in this case.

**INTERROGATORY NO. 5:**

DESCRIBE all communications, including meetings, YOU have had with employees, members, or directors of another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L regarding this litigant, the underlying claims and events, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited.

**RESPONSE TO INTERROGATORY NO. 5:**

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects on the ground that this Interrogatory seeks information protected by the attorney-client privilege, including the joint defense privilege, or attorney work-product doctrine. Subject to these objections and to the General Objections, PwC UK states that prior to this lawsuit it had no

communications with any other PwC UK entity relating to the engagement at issue in this case, this litigant, the underlying claims and events, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited.

**INTERROGATORY NO. 6:**

IDENTIFY all individuals who worked on the PWC report that is a subject of this litigation, including, but not limited to, Garth Calow, Noel Culbert, and Wendy McVeigh. Please include their employers, titles, and PWC board memberships over the past 10 years.

**RESPONSE TO INTERROGATORY NO. 6:**

PwC UK objects to this Interrogatory on the ground that it is overbroad, vague, unduly burdensome, seeks information that is irrelevant. Subject to these objections and to the General Objections, PwC UK states that the following individuals worked on the PwC UK report that is a subject of this litigation:

1. Garth Calow
   Partner (Corporate Finance and Recovery)
   Pricewaterhouse Coopers LLP (PwC UK)
   Waterfront Plaza
   8 Lagenbank Road
   Belfast
   BT 1 31 R
   Northern Ireland

2. David Clements
   Partner (Corporate Finance and Recovery)
   Pricewaterhouse Coopers LLP (PwC UK)
   Waterfront Plaza
   8 Lagenbank Road
   Belfast
   BT 1 31 R
   Northern Ireland

3. Noel Culbert
   Senior Manager
   Pricewaterhouse Coopers LLP (PwC UK)
   Waterfront Plaza
   8 Lagenbank Road
   Belfast
   BT 1 3l R
   Northern Ireland

4. Jennifer Turkington
   Manager
   Pricewaterhouse Coopers LLP (PwC UK)
   Waterfront Plaza
   8 Lagenbank Road
   Belfast
   BT 1 3l R
   Northern Ireland

5. Selena Brown
   Senior Associate
   Pricewaterhouse Coopers LLP (PwC UK)
   Waterfront Plaza
   8 Lagenbank Road
   Belfast
   BT 1 3l R
   Northern Ireland

Respectfully submitted,

_/s/ Craig Isenberg_

Steven W. Usdin, TA, 12986
Craig Isenberg, 29603
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
susdin@barrassousdin.com
cisenberg@barrassousdin.com
*Attorneys for PricewaterhouseCoopers LLP*

## VERIFICATION

I, AJ Naylor, declare as follows:

I am a Partner of PricewaterhouseCoopers LLP an English limited liability partnership organized and existing under the laws of England ("PwC UK"). I am authorized to sign these Responses to Plaintiff's Interrogatories on behalf of PwC UK. I declare that the foregoing interrogatory responses are true and correct to the best of my knowledge, information, and belief.

Executed this 19th day of December 2012.

_____
AJ Naylor

-3454027.doc

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 19th day of December, 2012.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III | * * * * | CIVIL ACTION NO. 12-CV-1445 SECTION "N"(5) |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP | * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

### PRICEWATERHOUSECOOPERS LLP'S RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

PricewaterhouseCoopers LLP, an English limited liability partnership ("PwC UK"), through undersigned counsel, hereby objects and responds to Plaintiffs' Requests for Production of Documents as follows:

### GENERAL OBJECTIONS

1. PwC UK objects to the Requests to the extent that they seek to impose any requirement or discovery obligation other than or beyond those imposed by the Federal Rules of Civil Procedure or other applicable rules of this Court.

2. PwC UK is moving to dismiss the case and objects to these Requests on the grounds that this court lacks personal jurisdiction over PwC UK, and that the case should be dismissed on the ground of *forum non conveniens* or improper venue. Thus, no discovery is necessary or appropriate.

3. PwC UK objects to the Requests to the extent that they are overly broad, oppressive, and unduly burdensome.

813011_1

4. PwC UK objects to the Requests to the extent they are vague, ambiguous, and require speculation to uncover their meanings.

5. PwC UK objects to the Requests to the extent that they call for information protected from disclosure under the attorney-client privilege, the attorney work product doctrine, or any other legally recognized privilege, immunity, or exemption from discovery. This General Objection is intended to prevent any waiver of these privileges or protections as to any specific request.

6. PwC UK objects to the Requests to the extent that they seek the nonpublic, proprietary, commercially sensitive information, or other information the disclosure of which will create an identifiable risk of competitive, commercial or other injury to PwC UK or clients of PwC UK.

7. No objection made herein, or lack thereof, shall be deemed an admission by PwC UK as to the existence or nonexistence of any information.

8. PwC UK objects to the Requests to the extent they seek information beyond the scope of that which is discoverable for purposes of jurisdiction and are beyond the scope of the supplementation required.

9. PwC UK objects to the Requests to the extent that they seek information for any party other than PwC UK.

10. PwC UK reserves the right to supplement, amend, or alter its responses at any time.

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Subject to and without waiver of any of the General Objections, and incorporating those General Objections into each specific response below, PwC UK responds to the individual Request for Production of Documents as follows:

### REQUEST FOR PRODUCTION NO. 1:

Produce all DOCUMENTS YOU referenced or consulted in preparing YOUR responses to Plaintiffs' Requests.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects to this Request to the extent it seeks information protected by the attorney-client privilege or work-product product doctrine. Subject to these objections and to the General Objections, PwC UK is producing documents in response to Request No. 7.

### REQUEST FOR PRODUCTION NO. 2:

Produce all YOUR organizational documents, including, but not limited to, YOUR partnership agreement and articles of organization.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

### REQUEST FOR PRODUCTION NO. 3:

Produce all organizational documents of PWC-USA, including, but not limited to, its partnership agreement and articles of organization.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. Further, PwC UK objects to this Request to the extent that it seeks information believed to be in the possession, custody, or control of PwC USA.

**REQUEST FOR PRODUCTION NO. 4:**

Produce all organizational documents of PWC-INT'L, including, but not limited to, its articles of organization.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. Further, PwC UK objects to this Request to the extent that it seeks information believed to be in the possession, custody, or control of PwC IL.

**REQUEST FOR PRODUCTION NO. 5:**

Produce the organizational chart or charts showing all PricewaterhouseCoopers ("PWC") entities.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects to this Request to the extent that it seeks information believed to be in the possession, custody, or control of other PwC entities. Subject to these objections and to the General Objections, PwC UK states that a list of all PwC member firms is publicly available at http://www.pwc.com/gx/en/office-locations/index.jhtml.

**REQUEST FOR PRODUCTION NO. 6:**

Produce all communications, including meeting minutes, YOU have had with employees, members, or directors of another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L, regarding this litigation, the underlying claims and events of this litigation, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the joint defense privilege, or work-product doctrine. Subject to these objections and to the General Objections, PwC UK states that it had no communications with any other PwC entity relating to the accounting engagement or underlying events relating to this litigation prior to commencement of this proceeding.

**REQUEST FOR PRODUCTION NO. 7:**

Produce all DOCUMENTS YOU have or have created regarding this litigation, the underlying claims and events of this litigation, BMPP3, Mr. George Newton, III, or Seatem Attraction Tickets (UK) Limited. Please include all contracts and letters PWC sent to the parties to this litigation, including, but not limited to, the November 2, 2009 Engagement Letter and Terms of Business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the joint defense privilege, or work- product doctrine. Subject to these objections and to the

General Objections, PwC UK is producing the engagement letter, terms of business and report relating to the engagement at issue in this case.

**REQUEST FOR PRODUCTION NO. 8:**

Produce all customer/client lists YOU have shared over the past 10 years with another PWC entity, including, but not limited to, PWC-USA or PWC-INT'L.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant. PwC UK further objects to this Request on the ground that it seeks confidential and proprietary information.

**REQUEST FOR PRODUCTION NO. 9:**

Produce all DOCUMENTS that have, over the last 10 years, governed YOUR behavior as well as that of any other PWC entity, the PWC Code of Conduct, for example.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 10:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Global Board of Directors.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 11:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Network Leadership Team.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 12:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Strategy Council.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 13:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Network Executive Team.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 14:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Global Ethics Leader.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 15:**

Produce all DOCUMENTS showing the duties and authorities of the PWC Chairman.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

**REQUEST FOR PRODUCTION NO. 16:**

Produce all PWC Global Annual Review DOCUMENTS over the past 10 years.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

PwC UK objects to this Request on the ground that it is overbroad, vague, unduly burdensome, and seeks information that is irrelevant.

Respectfully submitted,

_____
Steven W. Usdin, TA, 12986
Craig Isenberg, 29603
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
susdin@barrassousdin.com
cisenberg@barrassousdin.com
*Attorneys for PricewaterhouseCoopers LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 19th day of December, 2012.

_____