UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br>　　Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP<br>　　Defendants. | * * * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * ****************************

## NOTICE OF TAKING DEPOSITION PURSUANT TO
## FED. R. CIV. P. 30(b)(6)

**TO:**　PricewaterhouseCoopers, LLP
　　　Through its attorneys of record:
　　　Steven W. Usdin
　　　Craig Isenberg
　　　Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC
　　　909 Poydras St., Suite 2400
　　　New Orleans, LA 70112
　　　susdin@barrassousdin.com
　　　cisenberg@barrassousdin.com

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of Defendant, PricewaterhouseCoopers, LLP ("PwC-UK"), by a representative or representatives designated pursuant to Federal Rule of Civil Procedure 30(b)(6) with knowledge of the topics on the attached Schedule A. *See* Schedule A. The deposition will take place at the offices of Sher Garner Cahill Richter Klein & Hilbert, LLC, 909 Poydras Street, Suite 2800, New Orleans, LA 70112, on _____, 2013, starting at 9:30 a.m. upon oral examination, pursuant to the Federal Rules of Civil Procedure, before a notary public or other officer authorized by law to administer oaths. PwC-UK shall produce a witness or witnesses who has consented to testify on behalf of PwC-UK on these topics and shall disclose to Plaintiffs the identity of the witness(es) at least seven (7) days before the deposition(s). The oral examination will continue from day to day until completed. Pursuant to Federal Rule of Civil

**EXHIBIT D**

Procedure 30(b) [(2) and (3)], the deposition may be videotaped in additional to being stenographically transcribed.

                       Respectfully submitted,

                       */s/Martha Y. Curtis*
                       JAMES M. GARNER, #19589
                       MARTHA Y. CURTIS, #20446, T.A.
                       MATTHEW C. CLARK #31102
                       **SHER GARNER CAHILL RICHTER**
                            **KLEIN & HILBERT, L.L.C.**
                       909 Poydras Street, Suite 2800
                       New Orleans, Louisiana 70112
                       Telephone: (504) 299-2100
                       Facsimile: (504) 299-2300
                       **ATTORNEYS FOR PLAINTIFFS**
                       **BURRUS MORTGAGE PORTOFOLIO**
                       **PARTNERSHIP III AND GEORGE J. NEWTON III**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 3rd day of January, 2013.

                       */s/Martha Y. Curtis*
                       **MARTHA Y. CURTIS**

## SCHEDULE A

### Definitions

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "YOU" or "YOUR" means PricewaterhouseCoopers, LLP ("PWC-UK"), its members, employees, directors, attorneys, representatives, agents, or anyone else answering on its behalf.

2) PWC-USA means PricewaterhouseCoopers, LLP, the limited liability partnership registered in the United States, its members, employees, directors, attorneys, representatives, or agents.

3) PWC-INT'L means PricewaterhouseCoopers International Limited, the United Kingdom membership-based company, its members, employees, directors, attorneys, representatives, or agents.

4) "DOCUMENTS" means all writings or computer data of any nature, including but not limited to:

   (a) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties;
   (b) Inter-company communications;
   (c) Intra-company communications;
   (d) Telephone memoranda;
   (e) Notes;
   (f) Logs;
   (g) Reports;
   (h) Statistical forms; and
   (i) Personnel rosters.

5) "LOUISIANA CONTACTS" include any contact with a person residing or domiciled in Louisiana, or any contact with an entity that has its place of

incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana; any connection with a person residing or domiciled in Louisiana, any connection with an entity that has its place of incorporation, principal place of business, headquarters, registered office, or billing address in Louisiana, or any connection to a matter affecting movable (personal) or immovable (real) property in Louisiana. The following is a *non-exclusive* list of LOUISIANA CONTACTS:

- maintaining any office, address, or telephone number in Louisiana;
- maintaining any corporate or business records in Louisiana;
- making any business decisions in Louisiana;
- doing or soliciting any business in Louisiana;
- maintaining or using any place of business in Louisiana;
- possessing any license to do business in Louisiana;
- having a registered agent for service of process in Louisiana;
- having any agency or mandatary agreement that would include all or part of Louisiana;
- having any personnel in Louisiana, including, but not limited to, directors or managers;
- paying any taxes in Louisiana;
- maintaining any accounts or customer/client relations in Louisiana; or
doing any work in any way related to or connected with Louisiana.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

## Deposition Topics

Pursuant to Rule 30(b)(6), PwC-UK shall produce a witness or witnesses who has consented to testify on behalf of PwC-UK on the following topics and shall disclose to Plaintiffs the identity of the witness(es) at least seven (7) days before the deposition(s):

1. The organizational structure of PricewaterhouseCoopers ("PwC");

2. The foundational DOCUMENTS of PwC-UK;

3. Corporate relationship amongst PwC-USA, PwC-UK and PwC-Int'l;

4. Shared services between PwC-UK and PwC-Int'l, including, but not limited to, the PwC International Survey Unit;

5. Meetings between PwC-UK and any other PwC entity relating to Plaintiffs, Seatem Attraction Tickets (UK) Limited, or this litigation;

6. Correspondence between PwC-UK and any other PwC entity relating to Plaintiffs, Seatem Attraction Tickets (UK) Limited, or this litigation;

7. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Global Board;

8. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Code of Conduct;

9. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Network Leadership Team;

10. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Strategy Council;

11. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Network Executive Team;

12. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Global Ethics Leader;

13. PwC-UK's knowledge of and participation in the duties and authorities of the PwC Chairman;

14. PwC-UK members, directors, and employees who are (or have been over the last 10 years) also members, directors, or employees of another PwC entity, including, but not limited to PwC-USA and PwC-Int'l;

15. PwC-UK's LOUISIANA CONTACTS over the past 10 years;

16. Any ownership or other interest in any assets of any kind which have been located in Louisiana and have been in the possession or subject to the control or disposition of or by PwC-UK, for the period from January 1, 2002 to the present;

17. Any financial or other contribution PwC-UK has made to persons, entities, or funds in Louisiana.  This includes any arrangements made, entered into, and/or performed, wholly or partially, in Louisiana or with any person who has resided or has been domiciled in Louisiana, or with any entity which has had its place of incorporation, principal place of business, headquarters, registered office, and/or billing address located in Louisiana; or involving any matter affecting movable (personal) or immovable (real) property in Louisiana;

18. Any and all communications, whether by letter, electronic mail, telephone, in person, or otherwise, between any officers, directors, agents, employees, or representatives of PwC-UK and either or both of the Plaintiffs;

19. Any and all communications of any kind, whether by letter, electronic mail, or otherwise, between PwC-UK and either or both of the Plaintiffs or Seatem Attraction, Tickets (UK) Limited ("Seatem") or its related entities, related to any accounting and/or auditing services provided by PwC-UK to Seatem or its related entities;

20. The total annual gross revenues and net revenues of PwC-UK for the period from January 1, 2002 to the present;

21. The amount of revenues described above in Item 20 which PwC-UK derived from LOUISIANA CONTACTS, for the period from January 1, 2002 to the present;

22. All PwC-UK clients or customers in Louisiana for the period from January 1, 2002 to the present;

23. All television stations, radio stations, newspapers, magazines, mail, telephonic, electronic, and any other media with or through which PwC-UK advertises or has advertised to the United States for the period from January 1, 2002 to the present;

24. Any and all documents recorded in the Louisiana public records that pertain to a mortgage, lien, privilege, or other security device held by PwC-UK, as well as any UCC-1 Financing Statements filed in Louisiana by or on behalf of PwC-UK;

25. Any litigation in Louisiana in which PwC-UK was a party for the period from January 1, 2002 to the present, including the case name, the case number, the parties, and the court in which the matter was pending;

26. All communications of any kind, whether by letter, electronic mail, or otherwise, for the period from January 1, 2002 to the present, related to any accounting or auditing services provided by PwC-UK pursuant to any contract or agreement between PwC-UK and any customer or client that is domiciled in the United States or maintains a principal place of business there.