UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III<br>    Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP<br>    Defendants. | * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

**CONSIDERING** the foregoing Unopposed Motion to Continue (the "Motion") filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III ("Plaintiffs");

**IT IS ORDERED** that the foregoing Motion be and the same is hereby **GRANTED** and the submission date for the Motion to Dismiss (Rec. Doc. 16) filed by Defendant, Northern Bank Limited, is hereby continued until the   20th   day of    February   , 2013.

New Orleans, Louisiana, this  15th  day of January, 2013.

_____
**JUDGE KURT D. ENGELHARDT**