```
                                                                    1
 1   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF LOUISIANA
 3
 4   CIVIL ACTION NO. 12-CV-1445
 5   ------------------------------X
 6   BURRUS MORTGAGE PORTFOLIO
     PARTNERSHIP III AND GEORGE
 7   J. NEWTON, III,

 8                              Plaintiffs,

 9              -against-

10   NORTHERN BANK LIMITED AND
     PRICEWATERHOUSECOOPERS, LLP,
11
                                Defendants.
12   ------------------------------X
13              November 15, 2012
                2:18 P.M.
14
15              Deposition of Joseph Killian,
16   taken pursuant to Notice, held at the offices
17   of PricewaterhouseCoopers, 300 Madison Avenue,
18   New York, New York 10017 before Angela
19   Castoro, a Registered Professional Reporter
20   and Notary Public of the State of New York.
21
22
23
24
25
```



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012

800.211.DEPO (3376)
EsquireSolutions.com

EXHIBIT B

JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
2

1
2   A P P E A R A N C E S:
3
4      SHER, GARNER, CAHILL RICHTER,
5      KLEIN & HILBERT, LLC
6         Attorneys for Plaintiffs
7         909 Poydras Street
8         Suite 2800
9         New Orleans, Louisiana 70112
10     BY:  MARTHA Y. CURTIS, ESQ.
11
12     KING & SPALDING, LLP
13        Attorney for the Witness and
14        PricewaterhouseCoopers, LLP (U.S.)
15        1185 Avenue of the Americas
16        New York, New York 10036
17     BY:  DAVID M. FINE, ESQ.
18             -AND-
19     JONES, WALKER, WAECHTER, POITEVENT,
20     CARRER & DENEGRE, LLP
21        201 St. Charles Avenue
22        New Orleans, Louisiana 70170
23     BY:  MICHAEL B. DePETRILLO, ESQ.
24
25



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
3

```
 1
 2     A P P E A R A N C E S:
 3
 4        BARRASSO, USDIN, KUPPERMAN
          FREEMAN & SARVER, LLP
 5
             Attorney for
 6           PricewaterhouseCoopers UK

 7           909 Poydras Street
             24th Floor
 8
             New Orleans, Louisiana 70112
 9
         BY:  STEVEN W. USDIN, ESQ.
10
11
12        CRAVATH, SWAINE & MOORE, LLP
13           Attorneys for
             PricewaterhouseCoopers
14           International Limited
15           825 Eighth Avenue
16           New York, New York 10019
17
         BY:  ANTONY L. RYAN, ESQ
18
19
20        LOCKE LORD, LLP
21           Attorneys for Northern Bank, Ltd
22           601 Poydras Street
23           New Orleans, Louisiana 70130
24
         BY:  MONIQUE M. LAFONTAINE, ESQ.
25
```



800.211.DEPO (3376)
EsquireSolutions.com

J. KILLIAN

1  Q.   And then you say:
2       "The separate member firms of PwC
3  network are licensed to use the
4  PricewaterhouseCoopers name."
5       What do they have to do to be
6  licensed to use the name?
7  A.   In general, each firm, individual
8  entity or firm needs to abide by certain
9  minimum requirements and standards that are
10 set forth by PwC IL.
11 Q.   And what are those minimum
12 requirements or standards?
13 A.   A number of them relate to how we
14 accept clients, how we perform work for our
15 clients and things like that.
16 Q.   Is there a name for these minimum
17 requirements or standards?
18 A.   If there is, I don't know exactly
19 what the name is.
20 Q.   Have you ever heard of something
21 called the "Code of Conduct"?
22 A.   There is also a code of conduct.
23 Q.   That's in addition to what you are
24 talking about?



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
19

J. KILLIAN

1
2      A.    Yes.
3      Q.    Is there any payment that's made
4   to be able to obtain a license to use the
5   name?
6      A.    I don't believe there is a
7   specific payment for the license.
8      Q.    Your answer makes me ask another
9   question.  What is there a specific payment
10  for?
11     A.    Well, since the PVCIL is a
12  coordinating firm, some of the various
13  activities that they enter into, they do
14  require funding and so each of the member
15  firms contributes to those costs that are
16  incurred.
17     Q.    Okay.  You used the word
18  "coordinating firm."  What does that mean?
19     A.    Since none of the individual firms
20  or entities report to them all -- my
21  understanding is PwC IL firm is one that will
22  help coordinate the firms with strategy, with,
23  you know, clients, with -- I am trying to
24  think of the right word.
25     Q.    Marketing?



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

J. KILLIAN

1
2  A.  To some extent, yes.
3  Q.  And you say that they contribute
4  funds.  How much funds does
5  PricewaterhouseCoopers U.S. contribute to PwC
6  International?
7      MR. FINE:  I am going to object,
8  Martha.  I am not sure why the dollar
9  amount would be relevant.
10     MS. CURTIS:  It could be said that
11 they didn't specifically pay for a
12 license?  The license is the one of the
13 things he testified to in his
14 declaration.  So I am trying --
15 Q.  Would the payment include
16 continuing to be able to use the license?
17 A.  I am trying to think.
18 Q.  Let me ask it another way.
19     If the member firm couldn't make
20 their payment, could they lose the right to
21 the license?
22 A.  I am not sure if they could lose
23 the right to the license, but there would be,
24 I believe, some type of requirement for them
25 to, you know, somehow make up that payment.



November 15, 2012
20

800.211.DEPO (3376)
EsquireSolutions.com

JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
23

J. KILLIAN

1  Q.   Thanks.  Were any of the members
2  of the PwC U.S. leadership team on that board
3  of partners?
4  A.   Yes, there are several.
5  Q.   Who of the people you named for me
6  earlier are on that board?
7  A.   I am trying to think.
8  Q.   Would it be easier for me to say
9  the names?
10 A.   That would help.  The only one
11 would be Bob Moritz, and I am not sure if he
12 is a member or not of the board.
13 Q.   You had said Jean Hobby?
14 A.   Yes.
15 Q.   Is she on the board or was she on
16 the board?
17 A.   No.
18 Q.   She was not?
19 A.   No.
20 Q.   Michael Burwell?
21 A.   No.
22 Q.   He was not?
23 A.   No.
24 Q.   Carol Sawdye, who just got head of



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
24

J. KILLIAN

1  PwC U.S., do you know if she is on the board?
2       MR. FINE: Objection to form.
3    A. No. Do you mean Carol Sawdye, the
4  new CFO that started today?
5    Q. Yes.
6    A. No, she is not on the board.
7    Q. You said you don't know about Bob
8  Moritz?
9    A. Correct.
10   Q. Do you know if Greg Garrison is on
11 the board?
12   A. He is not on the board.
13   Q. John Carter, do you know if he is
14 on the board?
15   A. He is not on the board.
16   Q. Rob Gittings?
17   A. He is not on the board.
18   Q. Okay. Do you know of any PwC U.S.
19 personnel, other than perhaps Bob Moritz who
20 was on the board of partners of PwC IL?
21   A. Yes, I believe John Maxwell is a
22 PwC U.S. partner on the board. Brad Oltmanns,
23 O-L-T-M-A-N-N-S, is also a PwC U.S. partner on
24 the board. I believe Mark Boyer, B-O-Y-E-R,



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
25

J. KILLIAN

1  is a P.C. WC U.S. partner on the board. I
2  believe Maryann Cloyd, C-L-O-Y-D is also a
3  member on the board. And there might be one
4  more and I can't remember.
5    Q.  The people that you just named,
6  Mr. Maxwell, Mr. Brad, Mr. Boyer, Ms. Cloyd,
7  are they all located in the New York office?
8    A.  No, they are not.
9    Q.  Where is Mr. Maxwell located?
10   A.  I believe he is in our New Jersey
11 office, Florham Park.
12   Q.  And Brad I didn't catch the last
13 name.
14   A.  Oltmanns, Brad is in our LA
15 office.
16   Q.  And Mark is Boyer?
17   A.  Boyer, I believe he is in one of
18 the offices in the midwest, it is either
19 Detroit or Chicago.
20   Q.  And Ms. Cloyd?
21   A.  Is also out in the LA, on the West
22 Coast.
23   Q.  Do you know how many members there
24 are on the board of partners?



Case 2:12-cv-01445-KDE-ALC Document 131-2 Filed 01/15/13 Page 10 of 14

JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
26

J. KILLIAN

1  A.  I believe there is about twenty.
2  Just to clarify, that's the PwC IL Board of
3  Partners.
4  Q.  Correct.  Is there a list of the
5  board of partners somewhere on the website?
6  A.  I believe it is in our 2012 global
7  annual review that's on the pwc.com website.
8  Q.  Thank you.
9       Go back to your declaration.  You
10 state:
11      "I am informed that PwC U.K. is
12 organized and exist under laws of
13 England and Wales."
14      How were you informed of that?
15 A.  Margaret Enlo, one of our -- one
16 of PwC U.S.'s attorneys had told me that.  And
17 then I subsequently also saw it afterwards on
18 the engagement letter from PwC U.K., that I
19 believe was one of the exhibits to this case,
20 which states that it is a registered in --
21 exists under the laws of England.
22 Q.  So your information that you have
23 worked comes from through Ms. Enlo telling you
24 that and you reading it in a letter?



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

J. KILLIAN

1  Q.  PwC International has space in the
2  office that you are at right now?
3  A.  That's correct.
4  Q.  Is it a separate suite number or
5  floor number?
6  A.  It is a separate floor.
7  Q.  What floor is International on?
8  A.  The 35th floor.
9  Q.  35th?
10 A.  Yes.
11 Q.  PwC U.S. is on what floor or
12 floors?
13 A.  On the -- pretty much the rest of
14 them, except for three.
15 Q.  Is the whole building a PwC
16 building, I am sorry?
17 A.  Yes, except for three floors which
18 are utilized by CIBC.
19 Q.  And what is CIBC?
20 A.  It is I believe it is a Canadian
21 bank.
22 Q.  Does PwC U.S. own that building?
23 A.  We lease the building.
24 Q.  Does PwC U.S. lease all the floors



J. KILLIAN

1 in the building except for the three owned by
2 CIBC?
3 MR. FINE: Again Martha, I am not
4 sure what the relevance is of that. I
5 am going to give you a little leeway. I
6 am not sure New York real estate
7 dealings is relevant to anything.
8 A. Yes, PwC U.S. leases all the
9 floors.
10 Q. Does PwC International reimburse
11 PwC U.S. for its floor?
12 A. Yes, it does.
13 Q. How many employees of PwC
14 International are in the New York office?
15 MR. FINE: Objection to form.
16 A. I am actually not sure exactly. I
17 guess it is more than 50.
18 Q. Do you know if any of the members
19 of the PwC International Board of Partners are
20 in the New York office?
21 MR. FINE: Objection to form.
22 A. I don't know, only because I
23 couldn't remember who that fifth member was.
24 Q. Who the what member?



JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

J. KILLIAN

1    A.   The last -- I think there is one
2  more board member that I couldn't remember the
3  name.
4    Q.   There is one more PwC U.S. person
5  whose on the board?
6    A.   Yes.  On the PwC IL board,
7  correct.  I just couldn't remember their name.
8    Q.   Going back to your declaration.
9  You say:
10            "Although PwC U.K. may from time
11       to time provide services to entities
12       located in other countries."
13            Has PwC U.K. provided services to
14  entities located in the United States?
15    A.   I wouldn't know if they provided
16  services to other entities.  I would know,
17  however, if they provided services to PwC U.S.
18  engagement teams.
19    Q.   Okay.  Have PwC U.K. provided
20  services to PwC U.S. engagement teams?
21    A.   Yes, they have.
22    Q.   And where were those engagement
23  teams located?
24    A.   They could be anywhere in the
25



800.211.DEPO (3376)
EsquireSolutions.com

November 15, 2012
31

JOSEPH KILLIAN
BURRUS MORTGAGE, ET AL. NORTHERN BANK, ET AL.

November 15, 2012
32

J. KILLIAN

1  United States.
2      Q.   Do you know if PwC U.K. has
3  provided services to a PwC U.S. engagement
4  team for work in Louisiana?
5      A.   Not that I know of.
6      Q.   Do you know if PwC U.K. provided
7  services to PwC engagement team for work in
8  Florida?
9      A.   No, I do not.
10     Q.   You don't know?
11     A.   No, I don't know.
12     Q.   And you don't know with Louisiana?
13     A.   No, I don't.
14     Q.   And that goes back to number 7.
15  You say you are not aware of PwC U.K. having
16  provided any kind of services to the State of
17  Louisiana, State of Florida, you don't know by
18  personal knowledge one way or the other,
19  correct?
20     A.   Correct.
21     Q.   Mr. Killian, did you do anything
22  to prepare for your deposition?
23     A.   I just met with David Fine and
24  Margaret Enlo to go over the procedures and to



ESQUIRE
800.211.DEPO (3376)
EsquireSolutions.com