UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO. 12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
|     Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' TRAVERSAL
OF PWC-USA'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs, Burrus Mortgage Portfolio Partnership III ("BMPP3") and George J. Newton, III ("Mr. Newton") (collectively, "Plaintiffs"), submit their traversal of the Statement of Uncontested Material Facts filed by Defendant, PricewaterhouseCoopers, LLP ("PWC-USA"), in connection with its Motion for Summary Judgment. R. Doc. 18-2.

1. PWC-USA's Statement of Uncontested Material Facts ("Statement") No. 1 does not require a response.

2. PWC-USA's Statement No. 2 does not require a response.

3. Denied. The Engagement Letter Contract referenced in PWC-USA's Statement No. 3 is the best evidence of its contents. *See* R. Doc. 1-6.

4. Plaintiffs can neither admit nor deny Statement No. 4 until defendants comply with the 30(b)(6) notices of deposition and corresponding written discovery issued by Plaintiffs to PWC-USA and co-defendants PricewaterhouseCoopers, LLP ("PWC-UK") and PricewaterhouseCoopers International Limited ("PWC-Int'l").

1

5.  Denied. PWC-USA Statement No. 5 calls for a conclusion of law.

6.  Plaintiffs can neither admit nor deny Statement No. 6 until defendants comply with the 30(b)(6) notices of deposition and corresponding written discovery issued by Plaintiffs to PWC-USA and co-defendants PricewaterhouseCoopers, LLP ("PWC-UK") and PricewaterhouseCoopers International Limited ("PWC-Int'l").

7.  Plaintiffs can neither admit nor deny Statement No. 7 until defendants comply with the 30(b)(6) notices of deposition and corresponding written discovery issued by Plaintiffs to PWC-USA and co-defendants PricewaterhouseCoopers, LLP ("PWC-UK") and PricewaterhouseCoopers International Limited ("PWC-Int'l").

Respectfully submitted,

*/s/Martha Y. Curtis*
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446, T.A.
MATTHEW C. CLARK #31102
**SHER GARNER CAHILL RICHTER**
     **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS**
**BURRUS MORTGAGE PORTOFOLIO**
**PARTNERSHIP III AND GEORGE J. NEWTON III**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel of record through electronic mail this 15th day of January, 2013.

> */s/Martha Y. Curtis*
> **MARTHA Y. CURTIS**