UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO. 12-CV-1445

-----------------------------------X

BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III,

Plaintiffs,

-against-

NORTHERN BANK LIMITED AND PRICWATERHOUSECOOPERS, LLP,

Defendants.

-----------------------------------X

November 15, 2012
2:18 P.M.

Deposition of Joseph Killian, taken pursuant to Notice, held at the offices of PricewaterhouseCoopers, 300 Madison Avenue, New York, New York 10017 before Angela Castoro, a Registered Professional Reporter and Notary Public of the State of New York.



A P P E A R A N C E S:

SHER, GARNER, CAHILL RICHTER,
KLEIN & HILBERT, LLC
Attorneys for Plaintiffs
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
BY: MARTHA Y. CURTIS, ESQ.

KING & SPALDING, LLP
Attorney for the Witness and
PricewaterhouseCoopers, LLP (U.S.)
1185 Avenue of the Americas
New York, New York 10036
BY: DAVID M. FINE, ESQ.

-AND-

JONES, WALKER, WAECHTER, POITEVENT,
CARRER & DENEGRE, LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170
BY: MICHAEL B. DePETRILLO, ESQ.



A P P E A R A N C E S:

BARRASSO, USDIN, KUPPERMAN
FREEMAN & SARVER, LLP
Attorney for
PricewaterhouseCoopers UK
909 Poydras Street
24th Floor
New Orleans, Louisiana 70112
BY: STEVEN W. USDIN, ESQ.

CRAVATH, SWAINE & MOORE, LLP
Attorneys for
PricewaterhouseCoopers
International Limited
825 Eighth Avenue
New York, New York 10019
BY: ANTONY L. RYAN, ESQ

LOCKE LORD, LLP
Attorneys for Northern Bank, Ltd
601 Poydras Street
New Orleans, Louisiana 70130
BY: MONIQUE M. LAFONTAINE, ESQ.



J. KILLIAN

Q. And then you say:

"The separate member firms of PwC network are licensed to use the PricewaterhouseCoopers name."

What do they have to do to be licensed to use the name?

A. In general, each firm, individual entity or firm needs to abide by certain minimum requirements and standards that are set forth by PwC IL.

Q. And what are those minimum requirements or standards?

A. A number of them relate to how we accept clients, how we perform work for our clients and things like that.

Q. Is there a name for these minimum requirements or standards?

A. If there is, I don't know exactly what the name is.

Q. Have you ever heard of something called the "Code of Conduct"?

A. There is also a code of conduct.

Q. That's in addition to what you are talking about?



J. KILLIAN

A. Yes.

Q. Is there any payment that's made to be able to obtain a license to use the name?

A. I don't believe there is a specific payment for the license.

Q. Your answer makes me ask another question. What is there a specific payment for?

A. Well, since the PVCIL is a coordinating firm, some of the various activities that they enter into, they do require funding and so each of the member firms contributes to those costs that are incurred.

Q. Okay. You used the word "coordinating firm." What does that mean?

A. Since none of the individual firms or entities report to them all -- my understanding is PwC IL firm is one that will help coordinate the firms with strategy, with, you know, clients, with -- I am trying to think of the right word.

Q. Marketing?



J. KILLIAN

A. To some extent, yes.

Q. And you say that they contribute funds. How much funds does PricewaterhouseCoopers U.S. contribute to PwC International?

MR. FINE: I am going to object, Martha. I am not sure why the dollar amount would be relevant.

MS. CURTIS: It could be said that they didn't specifically pay for a license? The license is the one of the things he testified to in his declaration. So I am trying --

Q. Would the payment include continuing to be able to use the license?

A. I am trying to think.

Q. Let me ask it another way.

If the member firm couldn't make their payment, could they lose the right to the license?

A. I am not sure if they could lose the right to the license, but there would be, I believe, some type of requirement for them to, you know, somehow make up that payment.

J. KILLIAN

Q. Thanks. Were any of the members of the PwC U.S. leadership team on that board of partners?
A. Yes, there are several.
Q. Who of the people you named for me earlier are on that board?
A. I am trying to think.
Q. Would it be easier for me to say the names?
A. That would help. The only one would be Bob Moritz, and I am not sure if he is a member or not of the board.
Q. You had said Jean Hobby?
A. Yes.
Q. Is she on the board or was she on the board?
A. No.
Q. She was not?
A. No.
Q. Michael Burwell?
A. No.
Q. He was not?
A. No.
Q. Carol Sawdye, who just got head of

J. KILLIAN

PwC U.S., do you know if she is on the board?

MR. FINE: Objection to form.

A. No. Do you mean Carol Sawdye, the new CFO that started today?

Q. Yes.

A. No, she is not on the board.

Q. You said you don't know about Bob Moritz?

A. Correct.

Q. Do you know if Greg Garrison is on the board?

A. He is not on the board.

Q. John Carter, do you know if he is on the board?

A. He is not on the board.

Q. Rob Gittings?

A. He is not on the board.

Q. Okay. Do you know of any PwC U.S. personnel, other than perhaps Bob Moritz who was on the board of partners of PwC IL?

A. Yes, I believe John Maxwell is a PwC U.S. partner on the board. Brad Oltmanns, O-L-T-M-A-N-N-S, is also a PwC U.S. partner on the board. I believe Mark Boyer, B-O-Y-E-R,



J. KILLIAN

is a P.C. WC U.S. partner on the board. I believe Maryann Cloyd, C-L-O-Y-D is also a member on the board. And there might be one more and I can't remember.

Q. The people that you just named, Mr. Maxwell, Mr. Brad, Mr. Boyer, Ms. Cloyd, are they all located in the New York office?

A. No, they are not.

Q. Where is Mr. Maxwell located?

A. I believe he is in our New Jersey office, Florham Park.

Q. And Brad I didn't catch the last name.

A. Oltmanns, Brad is in our LA office.

Q. And Mark is Boyer?

A. Boyer, I believe he is in one of the offices in the midwest, it is either Detroit or Chicago.

Q. And Ms. Cloyd?

A. Is also out in the LA, on the West Coast.

Q. Do you know how many members there are on the board of partners?



A. I believe there is about twenty. Just to clarify, that's the PwC IL Board of Partners.

Q. Correct. Is there a list of the board of partners somewhere on the website?

A. I believe it is in our 2012 global annual review that's on the pwc.com website.

Q. Thank you.

Go back to your declaration. You state:

"I am informed that PwC U.K. is organized and exist under laws of England and Wales."

How were you informed of that?

A. Margaret Enlo, one of our -- one of PwC U.S.'s attorneys had told me that. And then I subsequently also saw it afterwards on the engagement letter from PwC U.K., that I believe was one of the exhibits to this case, which states that it is a registered in -- exists under the laws of England.

Q. So your information that you have worked comes from through Ms. Enlo telling you that and you reading it in a letter?



J. KILLIAN

Q. PwC International has space in the office that you are at right now?

A. That's correct.

Q. Is it a separate suite number or floor number?

A. It is a separate floor.

Q. What floor is International on?

A. The 35th floor.

Q. 35th?

A. Yes.

Q. PwC U.S. is on what floor or floors?

A. On the -- pretty much the rest of them, except for three.

Q. Is the whole building a PwC building, I am sorry?

A. Yes, except for three floors which are utilized by CIBC.

Q. And what is CIBC?

A. It is I believe it is a Canadian bank.

Q. Does PwC U.S. own that building?

A. We lease the building.

Q. Does PwC U.S. lease all the floors



J. KILLIAN

in the building except for the three owned by CIBC?

MR. FINE: Again Martha, I am not sure what the relevance is of that. I am going to give you a little leeway. I am not sure New York real estate dealings is relevant to anything.

A. Yes, PwC U.S. leases all the floors.

Q. Does PwC International reimburse PwC U.S. for its floor?

A. Yes, it does.

Q. How many employees of PwC International are in the New York office?

MR. FINE: Objection to form.

A. I am actually not sure exactly. I guess it is more than 50.

Q. Do you know if any of the members of the PwC International Board of Partners are in the New York office?

MR. FINE: Objection to form.

A. I don't know, only because I couldn't remember who that fifth member was.

Q. Who the what member?



J. KILLIAN

A. The last -- I think there is one more board member that I couldn't remember the name.

Q. There is one more PwC U.S. person whose on the board?

A. Yes. On the PwC IL board, correct. I just couldn't remember their name.

Q. Going back to your declaration. You say:

"Although PwC U.K. may from time to time provide services to entities located in other countries."

Has PwC U.K. provided services to entities located in the United States?

A. I wouldn't know if they provided services to other entities. I would know, however, if they provided services to PwC U.S. engagement teams.

Q. Okay. Have PwC U.K. provided services to PwC U.S. engagement teams?

A. Yes, they have.

Q. And where were those engagement teams located?

A. They could be anywhere in the



J. KILLIAN

United States.

Q. Do you know if PwC U.K. has provided services to a PwC U.S. engagement team for work in Louisiana?

A. Not that I know of.

Q. Do you know if PwC U.K. provided services to PwC engagement team for work in Florida?

A. No, I do not.

Q. You don't know?

A. No, I don't know.

Q. And you don't know with Louisiana?

A. No, I don't.

Q. And that goes back to number 7. You say you are not aware of PwC U.K. having provided any kind of services to the State of Louisiana, State of Florida, you don't know by personal knowledge one way or the other, correct?

A. Correct.

Q. Mr. Killian, did you do anything to prepare for your deposition?

A. I just met with David Fine and Margaret Enlo to go over the procedures and to

