UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1445 |
| NORTHERN BANK LIMITED, ET AL | SECTION "N" (5) |

**O R D E R**

Considering the **"Motion to Continue Submission Date on Motions to Dismiss"** (**Rec. Doc. 134**), filed by plaintiffs;

**IT IS ORDERED** that the motion (Rec. Doc. 134) is hereby **GRANTED IN PART**, in that: 1) the motions to dismiss for lack of personal jurisdiction contained within "PricewaterhouseCoopers LLP's (PwC UK) Motion to Dismiss" (Rec. Doc. 109) and "PricewaterhouseCoopers International Limited's Motion to Dismiss" (Rec. Doc. 110) are hereby **SEVERED** from the motions to dismiss on other grounds contained within such documents; and 2) the submission date on such motions to dismiss for lack of personal jurisdiction are hereby **CONTINUED** to February 20, 2013.

The motion is **DENIED IN PART**, in that all other aspects of the motions to dismiss (Rec. Docs. 109 and 110) shall remain set for submission on January 23, 2013. The **"*Ex Parte* Motion to Expedite Hearing on Motion to Continue Submission Date on Motions to Dismiss"** (**Rec. Doc. 135**), filed by plaintiffs, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of January, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**