UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1445 |
| NORTHERN BANK LIMITED, ET AL | SECTION "N"  (5) |

### O R D E R

Considering the "Objection to Magistrate Judge's Order Staying Motions to Compel" (Rec. Doc. 141), filed by plaintiffs;

**IT IS ORDERED** that such objection is hereby **OVERRULED**. The motions to compel shall remain stayed pending this Court's ruling on the plaintiffs' motion to remand and the PwC defendants' motions relating to venue, which are set for submission on January 23, 2013. Should the Court find it necessary to reach the issue of personal jurisdiction, the Court will entertain a motion to continue the February 20, 2013 submission date in order to allow appropriate discovery.

The "*Ex Parte* Motion to Expedite Hearing on Objection to Magistrate Judge's Order Staying Motions to Compel" (Rec. Doc. 142), filed by plaintiffs, is hereby **DENIED AS MOOT.**

New Orleans, Louisiana, this 23rd day of January, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE