UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, A LOUISIANA PARTNERSHIP IN COMMENDAM AND GEORGE NEWTON, III<br>　　　　Plaintiffs,<br><br>versus<br><br>NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS LLP<br>　　　　Defendants. | CIVIL ACTION NO. 2:12-cv-1445<br><br><br>JUDGE ENGELHARDT<br><br><br>MAGISTRATE CHASEZ |

## ORDER

Considering the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Rule 12(b)(3) Motion to Dismiss for Improper Venue filed on behalf of Defendant PricewaterhouseCoopers LLP, a Delaware limited liability partnership ("PwC US");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and PwC US is given leave to file the proposed Reply Memorandum in Support of Rule 12(b)(3) Motion to Dismiss for Improper Venue, which was attached to the Motion.

New Orleans, Louisiana, this 23rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

{N2578557.1}