UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO | * | CIVIL ACTION NO. 12-CV-1445 |
| PARTNERSHIP III AND | * | |
| GEORGE J. NEWTON, III | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE ENGELHARDT |
| | * | |
| NORTHERN BANK LIMITED AND | * | MAGISTRATE CHASEZ |
| PRICEWATERHOUSECOOPERS, LLP | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing *Ex Parte* Motion for Leave to File Sur-Reply Memorandum (the "Motion for Leave") filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III;

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**.  Plaintiffs' Sur-Reply Memorandum in Opposition to Motion to Dismiss shall be filed into the record in this matter.

New Orleans, Louisiana, this ___28th___ day of _____January_____, 2013.


_____
**JUDGE KURT D. ENGELHARDT**