UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III AND GEORGE J. NEWTON, III <br> Plaintiffs | * * * * * | CIVIL ACTION NO. 12-CV-1445 |
| VERSUS | * * | JUDGE ENGELHARDT |
| NORTHERN BANK LIMITED AND PRICEWATERHOUSECOOPERS, LLP <br> Defendants. | * * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Sur-Reply Memorandum (the "Motion for Leave") filed by Plaintiffs, Burrus Mortgage Portfolio Partnership III and George J. Newton, III;

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**. Plaintiffs' Sur-Reply Memorandum in Opposition to Motions to Dismiss (Rec. Docs. 109 & 110) shall be filed into the record in this matter.

New Orleans, Louisiana, this __30th__ day of _____January_____, 2013.

_____
**JUDGE KURT D. ENGELHARDT**