UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BURRUS MORTGAGE PORTFOLIO PARTNERSHIP III, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1445 |
| NORTHERN BANK LIMITED, ET AL | SECTION "N" (5) |

## JUDGMENT

Considering this Court's Order and Reasons, dated February 1, 2013 (Rec. Doc. 166); and considering that the Court has dismissed without prejudice on the basis of forum non conveniens all claims other than the claims described herein below;

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of PricewaterhouseCoopers LLP (PwC US) and against Burrus Mortgage Portfolio Partnership III and George Newton, III, dismissing with prejudice the malpractice and breach of contract claims asserted by Burrus Mortgage Portfolio Partnership III and George Newton, III, against PricewaterhouseCoopers LLP (PwC US) in the original petition.

New Orleans, Louisiana, this 18th day of March, 2013.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**